| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | **VOLUNTARY PETITION** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Green Field Energy Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Green Field Energy Services, LLC**<br>**Hub City Industries, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**11-3682539** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**4023 Ambassador Caffery Parkway, Ste. 200**<br>**Lafayette, Louisiana**    ZIP CODE **70503** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Lafayette Parish** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **Louisiana, Texas, and Pennsylvania**    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state the type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (consolidated with affiliates)

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (consolidated with affiliates)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 Million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (consolidated with affiliates)

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 Million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

HN\1063554.2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Green Field Energy Services, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: **N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
| Location<br>Where Filed: **N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>**See Attachment 1** | Case Number:<br>**As assigned** | Date Filed:<br>**Same** |
| District:<br>**District of Delaware** | Relationship:<br>**Affiliate** | Judge:<br>**As assigned** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Green Field Energy Services, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

X _____
   (Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X */s/ Josef Athanas*    X _____
Signature of Attorney for Debtor(s)    Signature of Attorney for Debtor(s)

Josef S. Athanas
LATHAM & WATKINS LLP
233 South Wacker Dr.
Suite 5800
Chicago, IL 60606
Telephone: 312-876-7700
Facsimile: 312-993-9767

Michael R. Nestor
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253

Date: 10/27/13    Date: 10/27/13

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Earl J. Blackwell*
   Signature of Authorized Individual

Earl J. Blackwell
Chief Financial Officer
Green Field Energy Services, Inc.

Date: 10/27/13

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Attachment 1**

**LIST OF AFFILIATED DEBTORS**

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed in this Court a petition for relief under Chapter 11 of Title 11 of the United States Code. Contemporaneously with the filing of their petitions, these entities filed a motion requesting that the Court administratively consolidate for procedural purposes only and jointly administer their chapter 11 cases.

1. Green Field Energy Services, Inc.
2. Hub City Tools, Inc.
3. Proppant One, Inc.

RESOLUTIONS ADOPTED BY

UNANIMOUS WRITTEN CONSENT OF DIRECTORS

OF

GREEN FIELD ENERGY SERVICES, INC.

October 27, 2013

The undersigned, being all of the members of the board of directors (the "**Board of Directors**") of Green Field Energy Services, Inc. (the "**Company**," and, together with Hub City Tools, Inc. and Proppant One, Inc., the "**Companies**") hereby consent in writing, pursuant to the provisions of applicable law, to taking the following actions and adopting the following resolutions:

I.   **VOLUNTARY PETITION UNDER THE PROVISIONS OF CHAPTER 11 OF THE BANKRUPTCY CODE**

BE IT RESOLVED, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that the Company seek relief under the provisions of Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**");

BE IT FURTHER RESOLVED, that each Authorized Person (as defined below) shall be, and hereby is, authorized and directed on behalf of the Company to commence a case under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") in such form and at such time as the Authorized Person executing said petition shall determine; and

BE IT FURTHER RESOLVED, that the Company is authorized to seek to have its Chapter 11 Case jointly administered by the Bankruptcy Court with the separate cases commenced by the other Companies under Chapter 11 of the Bankruptcy Code (the respective Chapter 11 Case together with such other separate cases, the "**Chapter 11 Cases**").

II.  **DEBTOR-IN-POSSESSION FINANCING**

BE IT RESOLVED, that each Authorized Person shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Company to obtain post-petition financing according to the terms negotiated by such Authorized Person, including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing, to enter into such loan agreements,

documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**Credit Documents**") as may be deemed necessary or appropriate by the Authorized Person, the execution thereof by such Authorized Person to be conclusive evidence of such determination, and to consummate the transactions contemplated thereby;

BE IT FURTHER RESOLVED, that the Company be, and it hereby is, authorized, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Company; and

BE IT FURTHER RESOLVED, that each Authorized Person be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all Credit Documents, and to take any and all actions that the Authorized Person deems necessary or appropriate; each in connection with the Chapter 11 Cases, any post-petition financing or any cash collateral usage contemplated hereby.

## III.     RETENTION OF PROFESSIONALS

BE IT RESOLVED, that each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain Latham & Watkins LLP and Young Conaway Stargatt & Taylor, LLP to act as attorneys, Carl Marks Advisory Group LLC to act as investment banker, Alvarez & Marsal to act as Chief Restructuring Officer and to fill certain other officer roles, and Prime Clerk LLC to act as claims agent for the Company in connection with the Chapter 11 Cases;

BE IT FURTHER RESOLVED, that each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Cases and achieving a successful reorganization;

BE IT FURTHER RESOLVED, that each Authorized Person be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions;

HN\1099570.1

## IV. GENERAL

BE IT RESOLVED, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Cases or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

BE IT FURTHER RESOLVED, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

BE IT FURTHER RESOLVED, that for the purposes of these resolutions, the term "**Authorized Person**" shall mean and include Earl J. Blackwell (Chief Financial Officer) and, immediately after the commencement of the Chapter 11 Cases but in no event prior to the commencement of the Chapter 11 Cases, shall mean and include Thomas E. Hill (Chief Restructuring Officer) and his designee(s) and Gary Barton (Deputy Chief Restructuring Officer) and his designee(s).

*[Signature pages follow]*

IN WITNESS WHEREOF, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

**GREEN FIELD ENERGY SERVICES, INC.**

_____  
Michel B. Moreno  
Chairman

_____  
Enrique Fontova  
Director

IN WITNESS WHEREOF, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

**GREEN FIELD ENERGY SERVICES, INC.**

_____     _____
Michel B. Moreno                              Enrique Fontova
Chairman                                            Director

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
GREEN FIELD ENERGY SERVICES, INC.,                  : Case No. 13-_____ (_____)
                                                    :
            Debtor.                                 : Tax I.D. No. 11-3682539
------------------------------------------------------------ x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 30 largest unsecured claims against the above-captioned Debtor and certain of its debtor affiliates (collectively, the "**Debtors**"),[1] all of which simultaneously have commenced chapter 11 cases in this Court. The list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any such claim.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035); The address for Green Field Energy Services, Inc. and certain other Debtors is 4023 Ambassador Caffery Parkway, Suite 200, Lafayette, Louisiana 70503.

HN\1063554.2

**Top 30 Unsecured Creditors**

| Count | Name of Creditor | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|---|
| 1 | Wilmington Trust, National Association, as Indenture Trustee | 246 GOOSE LANE<br>GUILFORD, CT 06437<br>ATTN: GREEN FIELD ENERGY ADMINISTRATION<br>EMAIL:<br>FAX: (203) 453-1183<br>PHONE: (203) 453-4130 | Bond Payable [1] | Contingent | $ 255,948,000 |
| 2 | SWEPI LP | 150-C NORTH DAIRY ASHFORD<br>HOUSTON, TX 77079<br>ATTN: CHRISTIAAN HUIZER and TRACY PAGE<br>EMAIL:<br>FAX: (832) 337-0061; (713) 230-3909<br>PHONE: 713-230-3909 | Shell Debt [2] | Contingent | $ 80,000,000 |
| 3 | Chem Rock Technologies, LLC | 201 RUE IVERVILLE, STE. 200<br>LAFAYETTE, LA 70508<br>ATTN: ASHLEY SOLIS<br>EMAIL: ASOLIS@ENERSCIENCES.COM<br>FAX: (337) 291-2781<br>PHONE: (337) 291-2778 | Trade Debt | | $ 6,643,650 |
| 4 | Preferred Quality Chemicals, LLC | 1604 N. MARKET ST<br>SHREVEPORT, LA 71107-5208<br>ATTN: KYLE MCGOVERN<br>EMAIL: KYLE@PERFERREDQUALITYCHEMICALS.COM<br>FAX: (318) 222-7772<br>PHONE: (318) 222-7555 | Trade Debt | | $ 4,808,122 |
| 5 | Jereh | NO. 9 JEREH RD<br>LAISHAN DISTRICT, YANTAI CITY, SHANDONG PROVINCE<br>CHINA<br>ATTN: YU CHENG CHENG<br>EMAIL:<br>FAX: 86-535-6723171<br>PHONE: 86-535-6728197 | Trade Debt | | $ 4,638,866 |
| 6 | Talens Marine and Fuel, LLC | 1707 EVANGELINE ROAD<br>JENNINGS, LA 70546<br>ATTN: SHYLA MANUEL<br>EMAIL: SHYLA.MANUEL@MARTINMLP.COM<br>FAX: (903) 983-6271<br>PHONE: (337) 788-7139 | Trade Debt [3] | | $ 3,878,617 |
| 7 | Sierra Frac Sand, LLC | 1155 E JOHNSON ST<br>TATUM, TX 75691<br>ATTN: CODY BAKER<br>EMAIL:<br>FAX: (903) 836-4643<br>PHONE: (903) 836-4642 | Trade Debt [4] | | $ 3,814,155 |
| 8 | SPM Flow Control, Inc. | 601 WEIN WAY<br>FORT WORTH, TX 76108<br>ATTN: KEN SPICER<br>EMAIL: WEIRSPM@WEIRSPM.COM<br>FAX: (817) 246-6324<br>PHONE: (817) 935-7794 | Trade Debt | | $ 3,803,767 |
| 9 | Thomas Petroleum, LLC | 9701 U.S. HWY 59 NORTH<br>VICTORIA, TX 77905<br>ATTN: RONDA BASSANO<br>EMAIL: CMGROUP@CLTHOMAS.COM<br>FAX: (361) 573-6803<br>PHONE: (361) 582-5100 | Trade Debt | | $ 3,321,506 |
| 10 | Flex Capital Transport, LLC | 558 S. CENTRAL EXPRESSWAY<br>RICHARDSON, TX 75080<br>ATTN: RANDI PENNINGTON<br>EMAIL:<br>FAX: (972) 238-4316<br>PHONE: (972) 792-4110 | Trade Debt | | $ 3,194,680 |

Top 30 Unsecured Creditors

| Count | Name of Creditor | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|---|
| 11 | Great Northern Sand LLC | 9433 E.51ST. STREET SUITE H<br>PO BOX 702067<br>TULSA, OK 74170-2067<br>ATTN: ADAM PAUL<br>EMAIL:<br>FAX: (918) 628-7768<br>PHONE: (918) 628-7769 | Trade Debt | Contingent | $ 2,982,864 |
| 12 | Pel-State Bulk Plant, LLC | 333 TEXAS ST., #2121<br>SHREVEPORT, LA 71101<br>ATTN: DAVID MACEY<br>EMAIL:<br>FAX: (318) 227-3402<br>PHONE: (318) 553-4673 | Trade Debt [5] | | $ 2,872,201 |
| 13 | National Oilwell Varco L.P. | DBA MARTIN DECKER TOTCO-CARENCRO<br>6740 HWY 30<br>ANDERSON, TX 77830<br>ATTN: LLOYD RICHTER<br>EMAIL:<br>FAX: (936) 873-9994<br>PHONE: (936) 873-2600 | Trade Debt | | $ 2,314,301 |
| 14 | Preferred Resin Holding Company, LLC | 34495 STATE HIGHWAY 22<br>GENOA, NE 68640<br>ATTN: LYDIA UNDERWOOD<br>EMAIL:<br>FAX: (484) 684-1296<br>PHONE: (484) 684-1299 | Trade Debt | | $ 2,289,331 |
| 15 | Schneider National Bulk Carriers, Inc | 3101 SOUTH PACKERLAND DRIVE<br>GREEN BAY, WI 54306-2700<br>ATTN: JOHN COOK<br>EMAIL: COOKJ@SCHNEIDER.COM<br>FAX: (920) 403-9890<br>PHONE: (920) 592-2898 | Trade Debt | | $ 2,197,651 |
| 16 | Santrol | 50 SUGAR CREEK CENTER BLVD.<br>SUGAR LAND, TX 77478<br>ATTN: BARBARA MARTIN<br>EMAIL: BARB.MARTIN@FMSAND.COM<br>FAX: (713) 234-5451<br>PHONE: (713) 234-5450 | Trade Debt | | $ 2,153,780 |
| 17 | Wildcat Energy Insurance, Ltd. | 2ND FLOOR, GENESIS BUILDING<br>GEORGE TOWN, GRAND CAYMAN KY1-1001<br>CAYMAN ISLANDS<br>EMAIL:<br>FAX: (345) 946-2110<br>PHONE: (345) 945-2100 | Trade Debt | | $ 2,101,408 |
| 18 | U.S. Silica | P.O. BOX 933008<br>ATLANTA, GA 31193-3008<br>ATTN: CHERYL WALLECH<br>EMAIL: WELLECH@USSILICA.COM<br>FAX: (301) 682-0691<br>PHONE: (800) 243-7500 | Trade Debt | | $ 2,011,654 |
| 19 | William G Satterlee & Sons Inc | 12475 ROUTE 119 HIGHWAY NORTH<br>ROCHESTER MILLS, PA 15771<br>ATTN: MIKE MATTEN<br>EMAIL: MMATTEN@SATTERLEEFUEL.COM<br>FAX: (724) 397-4943<br>PHONE: (724) 397-2400 | Trade Debt | | $ 1,720,729 |
| 20 | Weatherford US LP | 3170 OLD HOUSTON ROAD<br>HUNTSVILLE, TX 77540<br>ATTN: KELLY AMMONS<br>EMAIL:<br>FAX: (936) 730-1242<br>PHONE: (936) 730-1229 | Trade Debt | | $ 1,665,112 |

## Top 30 Unsecured Creditors

| Count | Name of Creditor | Name, telephone number and complete mailing address including, zip code of employee, agent or department of creditor familiar with claims who may be connected. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff. | Amount of claim. (if secured, also state value of security) |
|---|---|---|---|---|---|
| 21 | Benchmark Energy Products, LLC | 2800 POST OAK BLVD, SUITE 4500<br>HOUSTON, TX 77056<br>ATTN:<br>EMAIL:<br>FAX: (713) 986-2502<br>PHONE: (713) 986-2500 | Trade Debt | | $ 1,626,944 |
| 22 | Marine Turbine Technologies, L.L.C. | 298 LOUISIANA ROAD<br>PORT OF WEST ST. MARY<br>FRANKLIN, LA 70538<br>ATTN: TED/ANTOINETTE MCINTYRE<br>EMAIL: ACCOUNTING@MARINETURBINE.COM<br>FAX: (337) 924-0290<br>PHONE: (337) 924-0298 | Trade Debt | | $ 1,565,755 |
| 23 | ValTek Industries, Inc | 4001 E. 42ND STE 300<br>ODESSA, TX 79762<br>ATTN:<br>EMAIL: CANDACE@VALTEKIND.COM<br>FAX: (432) 362-4338<br>PHONE: (432) 362-3133 | Trade Debt | | $ 1,499,599 |
| 24 | Torqued-Up Energy Services, Inc. | 110 N. COLLEGE AVE, SUITE 1000<br>TYLER, TX 75701<br>ATTN: JESSICA GORBETT<br>EMAIL:<br>FAX: (903) 363-0315<br>PHONE: (903) 363-0300 | Trade Debt | | $ 1,391,572 |
| 25 | Danny Jones | DBA BIOPETROCOM LLC<br>18756 STONE OAK PARKWAY<br>SAN ANTONIO, TX 78258<br>ATTN:<br>EMAIL: INFO@BIOPETROCOM; DANNYJONES@GMAIL.COM<br>FAX:<br>PHONE: (210) 998-8617 | Trade Debt | | $ 1,281,900 |
| 26 | Preferred Sands of Minnesota, LLC | 497 SETTLERS RIDGE PARKWAY<br>WOODBURY, MN 55129<br>ATTN: LYDIA UNDERWOOD<br>EMAIL:<br>FAX: (484) 684-1296<br>PHONE: (484) 684-1299 | Trade Debt | | $ 1,241,456 |
| 27 | Iron Horse Flow Control Systems | 14935 JACINTO PORT BOULEVARD<br>HOUSTON, TX 77015<br>ATTN: JAMES WALDEN<br>EMAIL:<br>FAX: (281) 247-7887<br>PHONE: (888) 316-3051 | Trade Debt | | $ 1,023,538 |
| 28 | Sheldon P. Turner | DBA TURNER TRANSPORT SPECIALTIES<br>4317 CR 204<br>ALVARADO, TX 76009<br>ATTN:<br>EMAIL: ANDI@TURNERTRANSPORT.NET<br>FAX:<br>PHONE: (817) 372-0111 | Trade Debt | | $ 829,493 |
| 29 | Signor Catering & Logistics, LLC | 5501-A BALCONES DR #303<br>AUSTIN, TX 78731<br>ATTN: LANE WALL<br>EMAIL:<br>FAX: (866) 805-3275<br>PHONE: (512) 608-8620 | Trade Debt | | $ 811,696 |
| 30 | ProSource Technologies, LLC | 7223 EMPIRE CENTRAL DRIVE<br>HOUSTON, TX 77040<br>ATTN: LINDSEY COLLEY<br>EMAIL:<br>FAX: (281) 598-8106<br>PHONE: (281) 598-8100 | Trade Debt | | $ 807,351 |

(1) - Secured by certain collateral but the Debtors' believe they may be significantly undersecured and therefore have included in the Top 30.
(2) - Secured by certain collateral but the Debtors' believe they may be significantly undersecured and therefore have included in the Top 30.
(3) - Amount listed for creditor is also in whole or in part subject to pending litigation between Green Field Energy Services, Inc. and creditor, cause number 2013-27992.
(4) - Amount listed for creditor is also in whole or in part subject to pending litigation between Green Field Energy Services, Inc. and creditor, case number 2013268.
(5) - Amount listed for creditor is also in whole or in part subject to settled litigation between Green Field Energy Services, Inc. and creditor, case number 130712049DCVAJA.

## DECLARATION UNDER PENALTY OF PERJURY

    I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing list and it is true and correct to the best of my knowledge, information and belief.

Dated: October 27, 2013
       Wilmington, Delaware

                                            *Earl J. Blackwell*
                                            Earl J. Blackwell
                                            Chief Financial Officer
                                            Green Field Energy Services, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
GREEN FIELD ENERGY SERVICES, INC.,                           : Case No. 13-_____ (____)
                                                             :
            Debtor.                                        : Tax I.D. No. 11-3682539
------------------------------------------------------------ x

## LIST OF EQUITY SECURITY HOLDERS

    Following is the list of the Debtor's equity security holders. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Name of Equity Interest Holder | Kind of Interest | Address | Number of Interests Held |
|---|---|---|---|
| MOR MGH Holdings, LLC | Common Stock | 4023 Ambassador Caffery Pkwy. Suite 200 Lafayette, LA 70503 | 1,244,460 |
| Moody, Moreno and Rucks, LLC | Common Stock | 600 Jefferson St. Suite 1500 Lafayette, LA 70501 | 155,540 |
| Enrique Fontova | Common Stock | 4023 Ambassador Caffery Pkwy. Suite 200 Lafayette, LA 70503 | 124,446 |

HN\1063554.2

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing list and it is true and correct to the best of my knowledge, information and belief.

Dated: October 27, 2013
Wilmington, Delaware

*Earl J. Blackwell*
Earl J. Blackwell
Chief Financial Officer
Green Field Energy Services, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
GREEN FIELD ENERGY SERVICES, INC.,                  :    Case No. 13-_____ (____)
                                                    :
             Debtor.                           :    Tax I.D. No. 11-3682539
---------------------------------------------------------------- x

## STATEMENT OF CORPORATE OWNERSHIP

      Following is the list of entities that own ten percent or more of the Debtor's stock. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

| Holder | Kind of Interest | Percentage of Ownership |
|---|---|---|
| MOR MGH Holdings, LLC | Common Stock | 81.63% |
| Moody, Moreno and Rucks, LLC | Common Stock | 10.20% |

HN\1063554.2

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned officer of the Debtor in the above-captioned case, declare under penalty of perjury that I have read the foregoing statement and it is true and correct to the best of my knowledge, information and belief.

Dated: October 27, 2013
Wilmington, Delaware

_____
Earl J. Blackwell
Chief Financial Officer
Green Field Energy Services, Inc.