# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     : Chapter 11
                                                           :
GREEN FIELD ENERGY SERVICES, INC.,                         : Case No. 13-12783 (___)
                                                           :
        Debtor.                                            : Tax I.D. No. 11-3682539
                                                           :
                                                           :
                                                           :
                                                           :
                                                           :
---------------------------------------------------------- x
In re:                                                     : Chapter 11
                                                           :
HUB CITY TOOLS, INC.,                                      : Case No. 13-12784 (___)
                                                           :
        Debtor.                                            : Tax I.D. No. 72-0642827
                                                           :
                                                           :
                                                           :
---------------------------------------------------------- x
In re:                                                     : Chapter 11
                                                           :
PROPPANT ONE, INC.,                                        : Case No. 13-12785 (___)
                                                           :
       Debtor.                                             : Tax I.D. No. 45-4796035
                                                           :
                                                           : **Re: Docket No. ___**
---------------------------------------------------------- x

## ORDER UNDER FED. R. BANKR. P. 1015 AND DEL. BANKR. L.R. 1015-1 AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of the Debtors for an order, under Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of their Chapter 11 Cases; and the Court having reviewed the Motion and the Blackwell Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.  The Motion is GRANTED as set forth herein.

2.  The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 13-12783 (___) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

```
------------------------------------------------------------ x
In re:                                          : Chapter 11
                                                :
GREEN FIELD ENERGY SERVICES, INC., et           : Case No. 13-12783 (___)
al.,                                            :
                                                : Jointly Administered
                    Debtors.[1]                 x
------------------------------------------------------------
```

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

As reflected in the above caption, footnote 1 shall set forth a complete listing of Debtors' names, as well as the last four digits of each Debtor's tax identification number.

4. The caption set forth above shall be deemed to satisfy any applicable requirements of Bankruptcy Code Section 342(c) and Bankruptcy Rule 2002(n).

5. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of GREEN FIELD ENERGY SERVICES, INC., Case No. 13-12783 (___).

6. A docket entry shall be made in the chapter 11 cases of all Debtors other than GREEN FIELD ENERGY SERVICES, INC., substantially as follows:

> "An order has been entered in this case consolidating this case with the case of In re GREEN FIELD ENERGY SERVICES, INC., Case No. 13-12783 (___), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 13-12783 (___) should be consulted for all matters affecting this case."

7. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and

not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Chapter 11 Cases.

9. This Order shall take effect immediately upon entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: _____, 2013
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE