## EXHIBIT A

### List of Utility Companies

The Utility Companies known and identified by the Debtors to date are listed on Exhibit A.

While the Debtors have used their best efforts to list all of their Utility Companies on Exhibit A, it is possible that certain Utility Companies may have been inadvertently omitted from this list. Accordingly, the Debtors reserve the right, under the terms and conditions of the Motion and without further order of the Court, to amend Exhibit A to add any Utility Companies that were omitted therefrom and to apply the relief requested to all such entities.

In addition, the Debtors reserve the right to argue that any of the entities now or hereafter listed on Exhibit A is not a "utility" within the meaning of Bankruptcy Code Section 366(a).

| Utility Company | Utility Company Address | Account Number(s) | Average Monthly Charge | Type of Utility |
|---|---|---|---|---|
| AT&T | P.O. Box 105262<br>Atlanta, GA 30348-5414 | 337 706-1700 264 0513 | $ 1,103.23 | Phone Service |
| | PO Box 6463<br>Carol Stream, IL 60197-6463 | 337-981-8316 001-0514<br>337-984-3868 261-0512<br>287250819344 | $ 42,669.03 | Phone Service |
| | PO Box 5019<br>Carol Stream, IL 60197-5019 | 830-000-3796 503<br>831-000-1225 630<br>830-000-2828 229 | $ 1,672.27 | Phone Service |
| | PO Box 5001<br>Carol Stream, IL 60197-5001 | 940 325-2686 291 7<br>903 923-9622 269 9<br>903 938-8554 129 2<br>067 084-4775 024 3 | $ 1,143.84 | Phone Service |
| | PO Box 105414<br>Atlanta, GA 30348-5414 | 432 563-0043<br>830 569-8936<br>057 319 6006<br>832 488-1400<br>057 318 4647 | $ 5,856.93 | Phone Service |
| | PO Box 105068<br>Atlanta, GA 30348-5068 | 057 319 7415 | $ 1,195.60 | Phone Service |
| AT&T Mobility | PO Box 6463<br>Carol Stream, IL 60197-6463 | 287242343307 | $ 38,434.71 | Phone Service |
| Citrix Online | File 50264<br>Los Angeles, CA 90074-0264 | 6000668672 | $ 1,112.44 | Internet Service |
| Comcast | PO Box 37601<br>Philadelphia, PA 19101-0601 | 900019812 | $ 666.00 | Internet Service |
| Cox Communications, Inc. | P.O. Box 60001<br>New Orleans, LA 70160-0001 | 002 3608 075149201<br>001 3608 292126803<br>001 3608 081307501<br>001 3608 075149201 | $ 2,882.98 | Telephone and Internet Service |
| Gill Water Supply Corp. | PO Box 5001<br>Carol Stream, IL 60197-5001 | 1166<br>744 | $ 190.34 | Water Service |
| Global Data Systems (Colocation) | 537 Cajundome Blvd.<br>Suite 111<br>Lafayette, LA 70506 | n/a | 2000 | Data/IT System Service |
| Karnes Electric Corporation | P.O. Box 7<br>Karnes City, TX 78118 | 55094 | $ 1,017.59 | Electric Service |
| KTC Telecom | PO Box 104<br>Kaplan, LA 70548-0104 | 335001086 | $ 283.81 | Internet Service Provider & Telephone |
| LDC Funding | P.O. Box 644760<br>Pittsburgh, PA 15264-4760 | 210001103386 | $ 167.63 | Gas Service |
| LPWDN | 307 Rue Scholastique Road<br>Lafayette, LA 70507 | 003547-01 | $ 322.17 | Water Service |
| LUS Fiber | PO Box 4030-C<br>Lafayette, LA 70502-4030 | 116703 | $ 376.76 | Internet Service Provider |

| Utility Company | Utility Company Address | Account Number(s) | Average Monthly Charge | Type of Utility |
|---|---|---|---|---|
| Reliant Energy | P. O. Box 650475<br>Dallas, TX 75265-0475 | 70 651 707-5 | $ 282.28 | Electric Service |
| SLEMCO | P.O. Box 98055<br>Lafayette, LA 70509-8055 | 3052206004<br>4501454300<br>3052207003<br>4515955900<br>4500012703<br>2045550403<br>2045550203<br>2045550003 | $ 2,666.83 | Electric Service |
| Universal ComOne Louisiana | 206 Rue Louis XIV<br>Lafayette, LA 70508 | n/a | $ 6,258.93 | Phone Service |
| Upshur Rural Electric Cooperat | Kilgore New Facility Electric Co<br>P.O. Box 70<br>Gilmer, TX 75644 | 139222 | $ 967.53 | Electric Service |
| Verizon Communications | PO Box 15124<br>Albany NY 12212-5124 | 724 684-4114 570 (50Y) | $ 425.36 | Internet Service Provider |
| Waste Management of Acadiana I | P.O. Box 9001054<br>Louisville, KY 40290-1054 | 147-0509688-2147-5<br>147-0492906-2147-0 | $ 1,266.72 | Disposal Service |