# EXHIBIT A

## Policy Schedule

| POLICY TYPE | EFFECTIVE PERIOD | POLICY NUMBER | CARRIER |
|---|---|---|---|
| Uninsured/Underinsured Motorists Bodily Injury Coverage (UMBI) | 7/1/13-7/1/14 | AUC 9487363-02 | American Guarantee and Liability Insurance Company |
| Business Auto | 7/1/13-7/1/14 | BAP 4391243-04 | Zurich American Insurance Company |
| Pollution | 7/1/13-7/1/14 | B0507A12EL00050 | Price Forbes & Partners Limited – Lloyd's Brokers Beazley Insurance Company |
| Workers Compensation | 7/1/13-7/1/14 | WC 4391241-04 | Zurich American Insurance Company |
| General Liability | 7/1/13-7/1/14 | GLO 4391242-04 | Zurich American Insurance Company |
| Umbrella | 7/1/13-7/1/14 | AUC 9487363-02 | Zurich American Insurance Company |
| Maritime Employers | 9/30/13-9/30/14 | MEL1022-13 | Underwriters at Lloyd's of London |
| Inland Marine Coverage | 9/30/13-9/30/14 | | Starr Surplus Insurance Company (Non-Admitted) |
| Commercial Property | 9/30/13-9/30/14 | | Starr Surplus Insurance Company (Non-Admitted) |
| Directors & Officers (D&O), Employment Practices, Fiduciary Liability and Other | 3/30/13-3/30/14 | 01-878-50-24 | National Union Fire Insurance Company of Pittsburgh, PA |
| Workers Compensation | 7/1/13-2/28/14 | 1672399 | Ohio State Insurance Fund |