## EXHIBIT C

### Insurance Policies Subject to the Finance Agreement

Lender:    TMC / MidSouth Bank N.A.
PO Box 3743
Lafayette, LA 70502

| July Financing 7/1/13-7/1/14 | | | |
|---|---|---|---|
| Coverage | Policy Number | Insurance Company | Premium/Taxes & Fees |
| Business Auto | BAP 4391243-04 | Zurich American Insurance Company | $940,853.00 |
| Pollution | 507Ai3EL0115 | Lloyds Synd Beazley | $290,714.00 |
| Workers Compensation | WC 4391241-04 | Zurich American Insurance Company | $1,034,215.00 |
| General Liability | GLO4391242-04 | Zurich American Insurance Company | $830,443 |
| Umbrella | AUC 9487363-02 | Zurich American Insurance Company | $905,186.00 |
| Total | | | $4,001,411.00 |

| September Financing 9/30-13-7/30/14 | | | |
|---|---|---|---|
| Coverage | Policy Number | Insurance Company | Premium/Taxes & Fees |
| Property | | Starr Surplus Insurance Company (Non-Admitted) | $20,634.97 |
| Inland Marine / Equipment | | Starr Marine | $466,700.06 |
| Maritime Employers | MEL1022-13 | Lloyds of London | $3,937.50 |
| Total | | | $491,272.53 |

01:14282611.5
HN\1066603.12