## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x

In re:                                                   :    Chapter 11
                                                         :
GREEN FIELD ENERGY SERVICES, INC., et   :    Case No. 13-12783 (_____)
al.,                                                     :
                                                         :    Joint Administration Requested
              Debtors.[1]                                :
----------------------------------------------------------- x

## MOTION OF DEBTORS FOR ORDER UNDER
## FED. R. BANKR. 1007(c) AND DEL. BANKR. L.R. 1007-1(b)
## EXTENDING TIME FOR FILING SCHEDULES AND STATEMENTS

The debtors and debtors in possession in the above-captioned cases (collectively,

the "**Debtors**") hereby move (the "**Motion**") for entry of an order, under Rule 1007(c) of the

Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1007-1(b) of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**Local Rules**"), extending the deadline by which the Debtors must file

required schedules and statements by 47 days.  In support of the Motion, the Debtors, by and

through their undersigned counsel, respectfully represent:

### JURISDICTION

1.        This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157

and 1334 and the Amended Standing Order of Reference from the United States District Court

for the District of Delaware dated as of February 29, 2012.  This is a core proceeding under 28

U.S.C. § 157(b), and the Court may enter a final order consistent with Article III of the United

States Constitution.  Venue of these cases and this Motion in this district is proper under 28

---

[1]        The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax
or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827);
and Proppant One, Inc. (6035).  The above-captioned Debtors' mailing address is 4023 Ambassador Caffery
Parkway, Suite #200, Lafayette, LA 70503.

U.S.C. §§ 1408 and 1409.  The predicates for the relief requested herein are Bankruptcy Rule 1007(c) and Local Rule 1007-1(b).

## BACKGROUND

2.      On October 27, 2013 (the "**Petition Date**"), the Debtors filed voluntary petitions in this Court commencing cases for relief under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").  The factual background regarding the Debtors, including their business operations, their capital and debt structures, and the events leading to the filing of the Chapter 11 Cases, is set forth in detail in the *Declaration of Earl J. Blackwell in Support of Chapter 11 Petitions and First Day Motions*, filed with the Court concurrently herewith (the "**Blackwell Declaration**") and fully incorporated herein by reference.

3.      The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Sections 1107 and 1108 of Title 11 of the United States Code (the "**Bankruptcy Code**").  No trustee or examiner has been requested in the Chapter 11 Cases, and no committees have yet been appointed.

## RELIEF REQUESTED

4.      Under Bankruptcy Code Section 521 and Bankruptcy Rule 1007(b), the Debtors are required to file (a) schedules of assets and liabilities, (b) schedules of executory contracts and unexpired leases, and (c) statements of financial affairs (the "**Schedules and Statements**").  See 11 U.S.C. § 521(a)(1)(B); Fed. R. Bankr. P. 1007(b).

5.      By this Motion, the Debtors seek entry of an order, pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b), extending the deadline to file their Schedules and Statements by an additional 17 days beyond the date such Schedules and Statements are otherwise required to be filed under Local Rule 1007-1(b), November 26, 2013,

through and including December 13, 2013, without prejudice to the Debtors' ability to request additional time should it become necessary.

## BASIS FOR RELIEF

6.      Under Local Rule 1007-1(b), the deadline for filing Schedules and Statements is automatically extended to the date that is 30 days after the Petition Date, not including the Petition Date, if (a) the Debtors' bankruptcy petition is accompanied by a list of all the Debtors' creditors and their addresses, in accordance with Local Rule 1007-2, and (b) if the total number of creditors in the Debtors' jointly administered cases exceeds 200.  See Del. Bankr. L.R. 1007-1(b); Fed. R. Bankr. P. 9006(a).  Here, the Debtors' bankruptcy petitions are accompanied by a consolidated list of the Debtors' creditors and their addresses, in accordance with Local Rule 1007-2 (the "**Creditors List**"), and the Creditors List includes more than 200 creditors.  Accordingly, by operation of Local Rule 1007-1(b), the deadline for the Debtors to file their Schedules and Statements is automatically extended to November 26, 2013, which is 30 days after the Petition Date.

7.      This Court has authority to grant the Debtors' requested extension under Bankruptcy Rule 1007(c) and Local Rule 1007-1(b).  Bankruptcy Rule 1007(c) provides that "any extension of time to file schedules, statements, and other documents required under this rule may be granted only on motion for cause shown . . . ." Fed. R. Bankr. P. 1007(c).  Similarly, Local Rule 1007-1(b) provides that such an extension "shall be granted, for cause, only upon the filing of a motion by the debtor . . . ." Del. Bankr. L.R. 1007-1(b).

8.      The Debtors have thousands of creditors and other parties in interest. Given the size and complexity of their businesses, the Debtors do not believe that they will be in a position to accurately complete their Schedules and Statements within the time specified by Local Rule 1007-1(b), which is November 26, 2013.  Nevertheless, recognizing the importance

of the Schedules and Statements in these Chapter 11 Cases, the Debtors intend to complete the Schedules and Statements as quickly as possible.

9.      The Debtors' business operations require them to maintain voluminous books and records and complex accounting systems.  To prepare the Schedules and Statements, the Debtors and their advisors must gather, review and assemble information from books, records and documents related to thousands of transactions.  Consequently, collecting the information necessary to complete the Schedules and Statements will require substantial time and effort on the part of the Debtors' employees.

10.     In light of the amount of work entailed in completing the Schedules and Statements, as well as the size of the Debtors' cases, the substantial burdens already imposed on management by the commencement of the Chapter 11 Cases, the limited number of employees available to collect the required information, the competing demands upon such employees, and the time and attention the Debtors must devote to the restructuring process, the Debtors respectfully submit that "cause" exists to extend the deadline by an additional 17 days, through and including December 13, 2013.

11.     Numerous courts, including this Court, have routinely granted extensions such as the one the Debtors seek by this Motion.  See e.g., In re Ritz Camera & Image, L.L.C., Case No. 12-11868 (KG) (Bankr. D. Del. July 27, 2012) (order granting 30-day extension for filing schedules and statements, for a total of 60 days from the petition date); In re WP Steel Venture LLP, Case No. 12-11661 (KJC) (Bankr. D. Del. June 1, 2012) (order granting 45-day extension for filing schedules and statements, for a total of 75 days from the petition date); In re Graceway Pharmaceuticals, LLC, Case No. 11-13036 (PJW) (Bankr. D. Del. Oct. 17, 2011) (order granting 30-day extension for filing schedules and statements, for a total of 60 days from

the petition date); In re NewPage Corp., Case No. 11-12804 (KG) (Bankr. D. Del. Oct. 4, 2011)

(order granting 45-day extension of time for filing schedules and statements for a total of 75 days

from petition date); In re Jackson Hewitt Tax Service, Inc., Case No. 11-11587 (MFW) (Bankr.

D. Del. June 30, 2011) (order granting 30-day extension of time for filing schedules and

statements, for a total of 60 days from petition date); In re Indianapolis Downs, LLC, Case No.

11-11046 (BLS) (Bankr. D. Del. May 13, 2011) (order granting 30-day extension of time for

filing schedules and statements, for a total of 60 days from petition date); In re Sun-Times Media

Group Inc., Case No. 09-11092 (CSS) (Bankr. D. Del. April 28, 2009) (order granting 30-day

extension of time for filing schedules and statements, for a total of 60 days from petition date); In

re Primus Telecommunications Group, Inc., Case No. 09-10867 (KG) (Bankr. D. Del. Mar. 26,

2009) (order granting 45-day extension of time for filing schedules and statements, for a total of

60 days from petition date).

## NOTICE

12.     Notice of this Motion will be given to: (a) the United States Trustee for the

District of Delaware; (b) counsel to the Debtors' postpetition secured lender; (c) counsel to Shell

Western Exploration and Production, Inc., the Debtors' prepetition lender; (d) counsel to the

Indenture Trustee under the 2016 Senior Secured Notes (as defined in the Blackwell Declaration);

(e) the Securities and Exchange Commission; (f) counsel to the Environmental Protection

Agency; (g) parties that have entered their appearance pursuant to Bankruptcy Rule 2002; (h)

counsel to the ad hoc group of holders of 2016 Senior Secured Notes; (i) the parties included on

the Debtors' consolidated list of thirty (30) largest unsecured creditors; (j) the United States

Attorney General for the District of Delaware; and (k) the Attorneys General for the states in

which the Debtors conduct business (collectively, the "**Initial Notice Parties**").  The Debtors

submit that, under the circumstances, no other or further notice is required.

13.    A copy of the Motion is available on the Court's website: www.deb.uscourts.gov.  Additional copies of the Motion are available for free on the website of the Debtors' proposed claims and noticing agent, Prime Clerk LLC, at http://cases.primeclerk.com/gfes, or can be requested by calling (855) 410-7359 from within the United States or +1 646-795-6960 if calling from outside the United States.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated:  October 27, 2013
Wilmington, Delaware

Respectfully Submitted,

_____
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Josef S. Athanas
Caroline A. Reckler
Sarah E. Barr
Matthew L. Warren
LATHAM & WATKINS LLP
Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 876-7700
Facsimile:   (312) 993-9767

Proposed Counsel for Debtors and Debtors in Possession