# EXHIBIT A-1

**List of Ordinary Course Professionals Expected to Incur Less than $10,000 of Fees and Expenses per Month, on Average**

| Ordinary Course Professional | Mailing Address | Phone / Fax / Email (if available) | Type of Service | Estimated Monthly Spending |
|---|---|---|---|---|
| Atlantis Tax Management | 400 North Main Street, #101 Grapevine, TX 76051 | (817) 488-7432 | Property Tax Service | $2,100 |
| Ballard & Littelfield, LLP | 3700 Buffalo Speedway, Houston, TX 77098 | (713) 403-6400 | Litigation Services | $4,000 |
| BoyarMiller | 4265 San Felipe, Ste 1200, Houston, TX 77027 | (713) 850-7766 | Litigation Services | $6,300 |
| Breaux, Matthew (d/b/a MAB Services, LLC)[1] | MAB Services, LLC. 100 Settlers Trace Blvd. Lafayette, LA 70508 | (504) 616-5289 | Financial Service | $4,200 |
| Continuous Health, LLC | 5 Concourse Parkway, Suite 2250 Atlanta, GA 30328 | (678) 736-6895 | Dependent Eligibility Audit Service | $2,200 |
| Curtis Tax Law, P.C. | 1177 West Loop South, Ste 1600 Houston, TX 77027 | (713) 888-2570 | Litigation Services | $8,000 |
| Darnall, Sikes, Gardes & Federick | P. O. Box 2517 Lafayette, LA 70502 | (337) 232-3312 | Audit & Tax Services | $8,500 |

---

[1]   Breaux, Matthew (d/b/a MAB Services, LLC) is in the process of changing their name to Evangeline Capital Advisors.

01:14283858.3

HN\1066784.10

| Ordinary Course Professional | Mailing Address | Phone / Fax / Email (if available) | Type of Service | Estimated Monthly Spending |
|---|---|---|---|---|
| Dennard Rupp Gray & Lascar | 1800 West Loop South #200, Houston, TX 77027 | (713) 529-6600 | Investor Relation Services | $5,300 |
| Dorsey & Whitney, LLP | P.O. Box 1680, Minneapolis, MN 55480 | (302) 425-7171 | Litigation Services | $1,000 |
| Homer Ed Barousse Jr. | P.O. Box 1305, Crowley, LA 70527 | (337) 785-1000 | Litigation Services | $3,000 |
| Howard & Associates International, Inc. | 1416 S Hugh Wallis Rd Lafayette, LA 70508 | (337) 264-1199 | Engineering Services | $2,000 |
| Jones Walker | 201 St. Charles Ave- 50th Floor New Orleans, LA 70170-5100 | (504) 582-8000 | Litigation Services | $3,500 |
| Landmark Safety, Inc. | 4400 Ambassador Caffery, Ste. A#310 Lafayette, LA 70508-6706 | (337) 207-4023 | Health, Safety & Environmental Consultant | $4,000 |
| Mahtook & Lafleur, LLC | P.O. Box 3089, Lafayette, LA 70502 | (337) 266-2189 | Litigation Services | $2,300 |
| Martin, Disiere, Jefferson & Wisdon, LLP | 808 Travis, 20th Floor, Houston, TX 77002 | (713) 632-1700 | Litigation Services | $2,000 |
| Preis & Roy | P O Office Drawer 94-C Lafayette, LA 70509 | (337) 237-6062 | Litigation Services | $1,800 |
| ProNexus Business Solutions, Inc. | 33014 Tamina Road Magnolia, TX 77354 | (281) 280-9940 | IT Consultant | $450 |

| Ordinary Course Professional | Mailing Address | Phone / Fax / Email (if available) | Type of Service | Estimated Monthly Spending |
|---|---|---|---|---|
| RR Donnelley | PO Box 730216 Dallas, TX 75373-0216 | (775) 677-3795 | Printing Service | $2,400 |
| Randazzo, Giglio & Bailey, LLC | P.O. Box 51347, Lafayette, LA 70505 | (337) 291-4900 | Litigation Services | $4,000 |
| Solvpro, LLC | P.O. Box 257 Lake Arthur, LA 70549 | (337) 246-1340 | IT Consultant | $8,000 |
| The Rand Group | 6575 W. Loop South, Suite 700 Bellaire, TX 77401 | (713) 850-0747 | Accounting Software Services | $1,900 |
| William J Davis | 614 Gerald Dr. Lafayette, LA 70503 | (337) 789-4565 | IT Consultant | $400 |
| WRN International, Inc. | C/O Reed Noel 3126 Willow Oak Lane Sealy, TX 77474 | | Sales Consultant | $3,500 |
| **TOTAL** | | | | **$80,850** |

# EXHIBIT A-2

## List of Ordinary Course Professionals Expected to Incur Greater than $10,000 but Less than $50,000 of Fees and Expenses per Month, on Average

| Ordinary Course Professional | Mailing Address | Phone / Fax / Email (if available) | Type of Service | Estimated Monthly Spending |
|---|---|---|---|---|
| Babineaux, Poche, Anthony & Slavich, LLC | PO Box 52169 Lafayette, LA 70505-2169 | (337) 984-2505 | Litigation Services | $14,000 |
| Ernst & Young | Wells Fargo Bank, NA PO Box 933514 Atlanta, GA 31193-3514 | (404) 874-8300 | Audit & Tax Services | $46,000 |
| Grant Thornton LLP | 700 Milam Street Suite 300 Houston, TX 77002 | (832) 476-3600 | Valuation Services | $22,000 |
| Marion Dale Doucet | 311 Lepinay S. Lafayette, LA 70508 | (337) 654-4697 | Procurement Consultant | $11,000 |
| Willem Mast | 425 Kidder Rd Carencro, LA 70520 | (337) 266-5577 | Engineering Services | $32,000 |
| **TOTAL** | | | | **$125,000** |

01:14283858.3

HN\1066784.10