IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
GREEN FIELD ENERGY SERVICES, INC., et               : Case No. 13-12783 (KG)
al.,                                                :
                                                    : Joint Administration Requested
                    Debtors.[1]                     :
------------------------------------------------------------ x

## NOTICE OF HEARING TO CONSIDER
## FIRST DAY MOTIONS AND APPLICATIONS

**PLEASE TAKE NOTICE** that on October 27, 2013, Green Field Energy Services, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), filed in this Court voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following pleadings on **October 29, 2013 at 10:00 a.m. (ET)** before The Honorable Kevin Gross, Chief United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801:

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 40503.

01:14257713.1

## FIRST DAY PLEADINGS

1. Motion of Debtors for Order Under Fed. R. Bankr. P. 1015 and Del. Bankr. L.R. 1015-1 Authorizing Joint Administration of Chapter 11 Cases [Docket No. 3]

2. Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [Docket No. 4]

3. Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 345, 363 and 364, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms and (II) Authorizing Continuation of Intercompany Transactions [Docket No. 5]

4. Motion of Debtors for Order Under 11 U.S.C. §§ 105(a), 363(b), 506(a), 507(a)(8) and 541 and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Taxes and Fees [Docket No. 6]

5. Motion of Debtors for Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests By Utility Companies for Additional Assurance of Payment [Docket No. 7]

6. Motion of Debtors for Order Under 11 U.S.C. §§ 105(a), 363, 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 (I) Authorizing Payment of Certain Prepetition Employee Obligations, Including Compensation, Benefits, Expense Reimbursements and Related Obligations, (II) Confirming Right to Continue Employee Programs on Postpetition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators of, or Third Party Providers Under, Employee Programs and (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 8]

7. Motion of Debtors for Order Under 11 U.S.C. §§ 105, 363, 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing Debtors to Pay Prepetition Insurance Obligations and Maintain Postpetition Insurance Coverage; to Continue Honoring Surety Bond Obligations, Workers' Compensation Obligations, and Insurance Premium Finance Agreement; and Continuing Grant of Security Interest to the Insurance Premium Finance Company [Docket No. 9]

8. Motion of Debtors for Interim and Final Orders (I) Under 11 U.S.C. §§ 105(a), 363(b), 364, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Service Providers and (II) Under 11 U.S.C. §§ 105(a), 363(c) and 503(b)(1)(A) and Fed. R. Bankr. P. 6003 Confirming Administrative Expense Priority Status of Debtors' Undisputed Obligations for Postpetition Delivery of Goods and Services [Docket No. 10]

9. Motion of the Debtors for Entry of (A) Interim Order (I) Authorizing Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 106, 361, 362, 364 and 507(b) , and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and (c), and (B) Final Order Approving and Authorizing the Foregoing Substantive Relief [Docket No. 11]

**PLEASE TAKE FURTHER NOTICE** that copies of all motions and the application referenced above will be mailed to you subsequent to the hearing and are currently available on the website of the Debtors' proposed claims and noticing agent, Prime Clerk LLC, http://cases.primeclerk.com/gfes; on the Court's website, www.deb.uscourts.gov; or can be requested by calling (855) 410-7359 from within the United States or +1 (646) 795-6960 if calling from outside the United States. All parties wishing to participate in the hearing telephonically must make arrangements with Court Call toll free by phone (866-582-6878) or by facsimile (866-533-2946) prior to the hearing.

Dated: October 28, 2013  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Kara Hammond Coyle_  
Michael R. Nestor (No. 3526)  
Kara Hammond Coyle (No. 4410)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

LATHAM & WATKINS LLP
Josef S. Athanas
Caroline A. Reckler
Sarah E. Barr
Matthew L. Warren
Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Proposed Counsel for Debtors and Debtors in Possession*