IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Green Field Energy Services, Inc., *et al.*,[1] | ) | Case No. 13-12783 (KG) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Michel T. Moreno ("Mr. Moreno") hereby enters his appearance by his counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz"), in accordance with Federal Rules of Bankruptcy Procedure 2002 and 9010(b) (the "Bankruptcy Rules"), Del. Bankr. L.R. 2002-1(d) (the "Local Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon Cole Schotz at the offices, postal addresses and telephone and facsimile numbers listed as follows:

| | |
|---|---|
| Norman L. Pernick, Esquire<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>302-652-3131<br>302-652-3117 (fax)<br>npernick@coleschotz.com | Warren A. Usatine, Esquire<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602<br>201-525-6233<br>201-678-6233 (fax)<br>wusatine@coleschotz.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The address for Green Field Energy Services, Inc. and certain other Debtors is 4023 Ambassador Caffery Parkway, Suite 200, Lafayette, Louisiana 70503.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules and Local Rule, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that, as provided in Bankruptcy Rule 3017(a), Mr. Moreno requests that his attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (this "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, this case or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate,

52354/0001-9995324v1

in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 28, 2013

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com

and

Warren A. Usatine, Esquire
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: (201) 525-6233
Facsimile: (201) 678-6233 (fax)
wusatine@coleschotz.com

*Attorneys for Michael T. Moreno*