**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------ x
In re:                                               :    Chapter 11
                                                     :
GREEN FIELD ENERGY SERVICES, INC., et al.,           :    Case No. 13-12783 (KG)
                                                     :
                Debtors.¹                            :    Joint Administration Pending
------------------------------------------------------------------ x
```

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Bankruptcy Court Rule 9010-1 and the attached certification, counsel moves the court for admission *pro hac vice* of Caroline A. Reckler of Latham & Watkins, LLP, as proposed counsel for the debtors and debtors-in-possession in the above-captioned cases.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kara Hammond Coyle*
Kara Hammond Coyle (No. 4410)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Bankruptcy Court Rule 9010-1, I certify that I am eligible for admission to this court. I further certify I am admitted, practicing, and a member in good standing of the Bars of the State of Illinois and the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Caroline A. Reckler*
Caroline A. Reckler
LATHAM & WATKINS LLP
Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: _____, 2013
Wilmington, Delaware

Kevin Gross
Chief United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 40503.