**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GREEN FIELD ENERGY SERVICES, INC., *et al.,* | Case No. 13-12783 (KG) |
| Debtors. | Joint Administration Requested |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission <u>pro hac vice</u> of Nathan A. Haynes, Esquire of Greenberg Traurig, LLP, counsel to GB Credit Partners, LLC and ICON Capital, LLC in the above-captioned action.

Dated: October 28, 2013

/s/ Dennis A. Meloro
Dennis A. Meloro (No. 4435)
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
(302) 661-7000
melorod@gtlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission of this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Nathan A. Haynes
Nathan A. Haynes
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-9200

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

Dated: October ____, 2013

_____
Honorable Kevin Gross
Chief United States Bankruptcy Judge

DEL 86470539v1