IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GREEN FIELD ENERGY SERVICES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-12783 (KG)<br><br>(Joint Administration Pending) |

NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Cousins Chipman & Brown, LLP and Katten Muchin Rosenman LLP, counsel for Wilmington Trust, National Association ("**Wilmington Trust**") as indenture trustee under an Indenture, dated November 15, 2011 as amended or otherwise supplemented, among Green Field Energy Services, Inc. (the "**Borrower**"), as issuer, Hub City Tools, Inc., as guarantor, and Wilmington Trust, as trustee and collateral agent, pursuant to which the Borrower issued those certain $250,000,000 13% Senior Secured Notes Due 2016, hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 40503.

| | |
|---|---|
| Scott D. Cousins<br>Ann M. Kashishian<br>**COUSINS CHIPMAN & BROWN, LLP**<br>1007 North Orange Street, Suite 1110<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199<br>Email: cousins@ccbllp.com<br>Email: kashishian@ccbllp.com | Craig A. Barbarosh<br>Karen B. Dine<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022-2585<br>Telephone: (212) 940-8800<br>Facsimile: (212) 940-8776<br>Email: craig.barbarosh@kattenlaw.com<br>Email: karen.dine@kattenlaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Wilmington Trust's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions,

defenses, setoffs, or recoupments to which Wilmington Trust is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: October 28, 2013
       Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

_/s/ Ann Kashishian_
Scott D. Cousins (No. 3079)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:  (302) 295-0199
Email:  cousins@ccbllp.com
      kashishian@ccbllp.com

- and -

Craig A. Barbarosh
Karen B. Dine
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone:  (212) 940-8800
Facsimile:  (212) 940-8776
Email:  craig.barbarosh@kattenlaw.com
      karen.dine@kattenlaw.com

*Counsel for Wilmington Trust, National Association, as Indenture Trustee*