IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GREEN FIELD ENERGY SERVICES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-12783 (KG)<br><br>(Joint Administration Pending) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF CRAIG A. BARBAROSH

Pursuant to Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves the admission *pro hac vice* of Craig A. Barbarosh of Katten Muchin Rosenman LLP to represent Wilmington Trust, National Association ("**Wilmington Trust**") as indenture trustee under an Indenture, dated November 15, 2011 as amended or otherwise supplemented, among Green Field Energy Services, Inc. (the "**Borrower**"), as issuer, Hub City Tools, Inc., as guarantor, and Wilmington Trust, as trustee and collateral agent, pursuant to which the Borrower issued those certain $250,000,000 13% Senior Secured Notes Due 2016.

Dated: October 28, 2013
Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

/s/ Ann Kashishian
_____
Scott D. Cousins (No. 3079)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:           cousins@ccbllp.com
                     kashishian@ccbllp.com

*Counsel for Wilmington Trust, National Association, as Indenture Trustee*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 40503.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, the States of California and New York, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Ninth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 28, 2013

_____
Craig A. Barbarosh
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022-2585
Telephone:    (212) 940-8941
Facsimile:    (212) 940-8776
Email: craig.barbarosh@kattenlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2013
       Wilmington, Delaware

_____
Honorable Kevin Gross, Chief Judge
United States Bankruptcy Court