UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GREEN FIELD ENERGY SERVICES, INC. | § § | Case No. 13-12783 (KG) |
| | § | |
| Debtor | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

> Arthur A. Stewart
> Assistant Attorney General
> William A. Frazell
> Assistant Attorney General
> Bankruptcy & Collections Division
> P.O. Box 12548
> Austin, Texas 78711-2548

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

> Respectfully submitted,
>
> GREG ABBOTT
> Attorney General of Texas
>
> DANIEL T. HODGE
> First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ William A. Frazell*
ARTHUR A. STEWART
Assistant Attorney General
WILLIAM A. FRAZELL
Assistant Attorney General

Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4862
Facsimile:  (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

I certify that on October 28, 2013, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Green Field Energy Services, Inc.
4023 Ambassador Caffery Parkway, Ste. 200
Lafayette, LA 70503

By Electronic Means as listed on the Court's ECF Noticing System:

- Kara Hammond Coyle     bankfilings@ycst.com
- Dennis A. Meloro     melorod@gtlaw.com, bankruptcydel@gtlaw.com;thomase@gtlaw.com;melorod@gtlaw.com;dellitdock@gtlaw.com
- Michael R. Nestor     bankfilings@ycst.com
- Norman L. Pernick     npernick@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com

- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

                          */s/ William A. Frazell*
                          WILLIAM A. FRAZELL