IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
GREEN FIELD ENERGY SERVICES, INC., et               : Case No. 13-12783 (KG)
al.,                                                :
                                                    : Jointly Administered
    Debtors.[1]                                     x
---------------------------------------------------- 

## MOTION AND ORDER FOR
## *PRO HAC VICE* ADMISSION OF MICHAEL D. RUBENSTEIN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael D. Rubenstein of Liskow & Lewis to represent the Shell Western Exploration & Production, Inc. in the above captioned case.

Dated: October 28, 2013
       Wilmington, Delaware        POTTER ANDERSON & CORROON LLP

                                   /s/ R. Stephen McNeill
                                   _____
                                   Laurie Selber Silverstein (DE Bar No. 2396)
                                   R. Stephen McNeill (DE Bar No. 5210)
                                   1313 North Market Street, P.O. Box 951
                                   Wilmington, DE 19899-0951
                                   Telephone: (302) 984-6108
                                   Facsimile: (302) 778-6108
                                   lsilverstein@potteranderson.com
                                   rmcneill@potteranderson.com

                                   *Counsel for Shell Western Exploration & Production, Inc.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
GREEN FIELD ENERGY SERVICES, INC., et                      :   Case No. 13-12783 (KG)
al.,                                                       :
                                                           :   Jointly Administered
            Debtors.[1]                                    x
----------------------------------------------------------

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bars of Louisiana and Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Revised Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 27, 2013

/s/ Michael D. Rubenstein

Michael D. Rubenstein
Liskow & Lewis
1001 Fannin
Suite 1800
Houston, TX 77002
Telephone: (713) 651-2953
Facsimile: (713) 651-2952
mdrubenstein@liskow.com

*Counsel for Shell Western Exploration & Production, Inc.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
GREEN FIELD ENERGY SERVICES, INC., et                      :   Case No. 13-12783 (KG)
al.,                                                       :
                                                           :   Jointly Administered
        Debtors.[1]                                        :
                                                           x
----------------------------------------------------------

ORDER FOR
*PRO HAC VICE* ADMISSION OF MICHAEL D. RUBENSTEIN

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael D. Rubenstein is granted.

Dated: _____, 2013

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

PAC 1127736v.1