# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| GREEN FIELD ENERGY SERVICES, INC., *et al.*,[1] | Case No. 13-12783 (KG) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that certain holders of those certain 13% Senior Secured Notes due 2016 issued pursuant to that certain Indenture dated as of November 15, 2011 by and among Green Field Energy Services, Inc., as issuer, Hub City Tools, Inc., as guarantor, and Wilmington Trust, National Association, as indenture trustee, as amended, supplemented, or modified from time to time (collectively, the "Ad Hoc Noteholder Group"), hereby enter their appearance by and through their counsel, Jones Day and Richards, Layton & Finger, P.A., pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given and served upon the parties listed below at the following addresses and telephone numbers:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

| | |
|---|---|
| Daniel J. DeFranceschi | Paul D. Leake |
| Michael J. Merchant | Richard H. Engman |
| Amanda R. Steele | Michael J. Cohen |
| RICHARDS, LAYTON & FINGER, P.A. | JONES DAY |
| One Rodney Square | 222 East 41st Street |
| 920 North King Street | New York, New York 10017 |
| Wilmington, Delaware 19801 | Telephone: (212) 326-3939 |
| Telephone: (302) 651-7700 | Facsimile: (212) 755-7306 |
| Facsimile: (302) 651-7701 | Email: pdleake@jonesday.com |
| Email: defranceschi@rlf.com | rengman@jonesday.com |
| merchant@rlf.com | mcohen@jonesday.com |
| steele@rlf.com | |

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that this *Notice of Appearance and Demand for Notices and Papers* shall not be deemed or construed to be a waiver of the Ad Hoc Noteholder Group's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Ad Hoc Noteholder Group is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: October 28, 2013
       Wilmington, Delaware

                              */s/ Amanda R. Steele*
                              Daniel J. DeFranceschi (No. 2732)
                              Michael J. Merchant (No. 3854)
                              Amanda R. Steele (No. 5530)
                              RICHARDS, LAYTON & FINGER, P.A.
                              One Rodney Square
                              920 North King Street
                              Wilmington, Delaware 19801
                              Telephone:  (302) 651-7700
                              Facsimile:  (302) 651-7701
                              Email: defranceschi@rlf.com
                                          merchant@rlf.com
                                          steele@rlf.com

                              - and -

                              Paul D. Leake
                              Richard H. Engman
                              Michael J. Cohen
                              JONES DAY
                              222 East 41st Street
                              New York, New York 10017
                              Telephone:  (212) 326-3939
                              Facsimile:  (212) 755-7306
                              Email: pdleake@jonesday.com
                                          rengman@jonesday.com
                                          mcohen@jonesday.com

                              *Counsel to the Ad Hoc Noteholder Group*