## EXHIBIT A

**Proposed Order**

HN\1066755.9

01:14288921.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                    :    Chapter 11
                                          :
GREEN FIELD ENERGY SERVICES, INC., et     :    Case No. 13-13-12783  (KG)
al.,                                      :
                                          :    Jointly Administered
                                          :
            Debtors.¹                     :
------------------------------------------------------------- x    Docket Ref. No.
```

**ORDER GRANTING MOTION TO REJECT CERTAIN UNEXPIRED CONTRACT
AND LEASES PURSUANT TO 11 U.S.C. §365**

Upon consideration of the motion (the "**Motion**") of the debtors and debtors in

possession in the above-captioned cases (collectively, the "**Debtors**") for entry of an order,

pursuant to section 365 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et. seq.* (the

"**Bankruptcy Code**"), authorizing the immediate rejection of the Contract *nunc pro tunc* to the

Petition Date and the rejection of the Leases *nunc pro tunc* to the earlier of the Petition Date of

the date on which the Debtors vacate the premises (the "**Lease Rejection Date**") and any

responses thereto; and it appearing that this Court has jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States

District Court for the District of Delaware dated as of February 29, 2012; and it appearing that

this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a

final order consistent with Article III of the United States Constitution; and it appearing that

venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408

and 1409; and due notice of the Motion having been provided, and it appearing that no other or

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax
or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827);
and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery
Parkway, Suite #200, Lafayette, LA 70503.

further notice need be provided; and after due deliberation and sufficient cause appearing

therefor; it is hereby

## ORDERED, ADJUDGED, AND DECREED THAT:

1.    The relief requested in the Motion is hereby GRANTED as set forth

herein.

2.    In accordance with the foregoing, the Leases are hereby rejected, effective

as of the Lease Rejection Date.

3.    In accordance with the foregoing, the Contract is hereby rejected, effective

as of October 28, 2013.

4.    Nothing in this order shall constitute a finding that any particular

agreement, contract, or lease constitutes an executory contract under section 365 of the

Bankruptcy Code.

5.    This Court retains jurisdiction with respect to all matters arising from or

related to the implementation of this Order.


Dated: _____, 2013
Wilmington, Delaware

_____
Kevin Gross
Chief United States Bankruptcy Judge