# EXHIBIT B

## The Leases

| Property | Lease Counterparty | Lease Term | Monthly Payments |
|---|---|---|---|
| D.R. Horton Tower 21st Floor 301 Commerce Street Fort Worth, TX | City Center Development Co. LP | 10/1/2012-4/30/2016 | $12,086.51 |
| 1600 Stout Street Denver, CO | HTD-Hudson Bay, LLC | 6/6/2011-10/31/2014 | $4,480.00 |
| 12914 West County Road 91 Midland, TX | MP Sub Two, LLC | 12/21/2012-1/31/2016 | $35,000.00 |
| 99 Pullins Drive Pleasanton, TX | JBK Commercial | 1/1/2013-1/1/2016 | $33,500.00 |
| **TOTAL** | | | **$85,006.51** |