# EXHIBIT C

## The Contract

| Description | Contract Counterparty | Lease Term | Monthly Payments |
|---|---|---|---|
| 200 Egg Road Carrizo Springs, TX | Signor Catering & Logistics, LLC | 5/25/2012-6/30/2015 | $342,000.00[1] |
| **TOTAL** | | | **$342,000.00** |

---

[1] On the first of each month, Green Field pays a base rent of $342,000. At the end of the month, use based ancillary charges may apply.

HN\1066755.9

01:14288921.1