# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              :   Chapter 11
                                                    :
GREEN FIELD ENERGY SERVICES, INC., et               :   Case No. 13-12783 (KG)
al.,                                                :
                                                    :   Joint Administration Requested
            Debtors.[1]                             :
------------------------------------------------------------ x   Docket Ref. Nos. 4, 13 & 14

## ORDER GRANTING DEBTORS' MOTION TO REDACT FOR PUBLIC FILING MATERIAL INCLUDED IN THEIR ENGAGEMENT LETTER WITH PRIME CLERK LLC

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order approving the Debtors' redaction of confidential commercial information from the Engagement Letter; and it appearing that the relief requested is in the best interests of the Debtors' estate, creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion and opportunity for objection having been given, with no objections or requests for hearing having been filed, or all objections having been overruled, as the case may be; and it appearing that no other notice need be given;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

and after due deliberation and sufficient cause therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted as provided herein.

2. The Debtors' redaction of confidential commercial information from the Engagement Letter is hereby approved.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Oct. 29, 2013
Wilmington, Delaware

KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE