# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GREEN FIELD ENERGY SERVICES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 13-12783 (KG)<br><br>Jointly Administered<br><br>**Docket Ref. Nos. 11 & 12** |

## ORDER AUTHORIZING DEBTORS TO FILE FEE LETTER UNDER SEAL

Upon consideration of the motion (the "**Motion**")[2] of the Debtors seeking entry of an Order pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b) authorizing the Debtors to file, under seal, the Fee Letter, related to the Debtors' entry into the Bridge Note; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and it appearing that due and adequate notice and disclosure of the Motion has been given; and after due deliberation and sufficient cause appearing therefor; it is ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 40503.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2. The Debtors are hereby authorized to file the Fee Letter under seal pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b).

3. The Fee Letter is confidential and shall remain under seal, and shall not be made available to anyone, except that a copy of the Fee Letter shall be provided to any statutory committee appointed in these Chapter 11 Cases, the Co-Administrative Agents, counsel to the Indenture Trustee under the 2016 Senior Secured Notes (as defined in the Blackwell Declaration), counsel to Shell Western Exploration and Production, Inc., the Debtors' prepetition lender, the U.S. Trustee, and their legal and financial advisors, all on a confidential basis.

4. Each of the parties in the preceding paragraph receiving copies of the Fee Letter shall keep the Fee Letter, and the terms thereof, confidential and shall not disclose the existence or content thereof to any person or entity.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Oct. 29, 2013
Wilmington, Delaware

_____
KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE