**<u>Exhibit A</u>**

Budget

*ATL 19386803v1*

GREEN FIELD ENERGY SERVICES, INC

13 Week Cash Flow Projections

Exhibit A

| Week | 10/28/13 11/03/13 October 1 | 11/4/2013 11/10/13 November 2 | 11/11/13 11/17/13 November 3 | 11/18/13 11/24/13 November 4 | 11/25/13 12/01/13 November 5 | 12/02/13 12/08/13 December 6 | 12/09/13 12/15/13 December 7 | 12/16/13 12/22/13 December 8 | 12/23/13 12/29/13 December 9 | 12/30/13 01/05/14 December 10 | 01/06/12 01/12/14 January 11 | 01/13/14 01/19/14 January 12 | 01/20/14 01/26/14 January 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | | | | | | | | | | | | |
| Reserved Cash | 200,000 | 2,925,964 | 2,339,374 | 1,015,707 | 441,123 | 2,844,318 | 2,474,844 | 1,492,716 | 1,064,272 | 4,822,893 | 3,631,490 | 3,090,576 | 2,516,546 | |
| | | | | | | | | | | | | | 415,842 | |
| DIP Beginning Cash Balance | 200,000 | 2,925,964 | 2,339,374 | 1,015,707 | 441,123 | 2,844,318 | 2,474,844 | 1,492,716 | 1,064,272 | 4,822,893 | 3,631,490 | 2,674,735 | 2,100,704 | |
| **Cash Receipts:** | | | | | | | | | | | | | | |
| Collections from customers | | | | | | | | | | | | 415,842 | 415,842 | 1,247,525 |
| Sale of Assets | | | | | | | | | | | 415,842 | 1,250,000 | 1,250,000 | 2,500,000 |
| Total Cash Receipts | | | | | | | | | | | 415,842 | 1,665,842 | 1,665,842 | 3,747,525 |
| **Cash Disbursements:** | | | | | | | | | | | | | | |
| Employee, Payroll, Benefits and Other | 2,852,119 | 14,000 | 944,021 | 10,000 | 622,311 | 16,000 | 608,098 | 10,000 | 608,098 | 10,000 | 614,098 | 10,000 | 580,598 | 6,899,341 |
| Frac Storage Repair and Maintenance | 25,000 | 190,000 | 10,000 | 10,000 | 25,000 | 10,000 | 10,000 | 10,000 | 10,000 | 25,000 | 10,000 | 10,000 | 10,000 | 355,000 |
| Wells Service Products and Other | 174,067 | 174,067 | 174,067 | 174,067 | 174,067 | 168,452 | 168,452 | 168,452 | 168,452 | 168,452 | 168,452 | 168,452 | 168,452 | 2,217,946 |
| Rents, Utilities, Insurance, W/C and Taxes | 5,874,476 | 139,444 | 126,500 | 36,438 | 364,531 | 105,944 | 126,500 | 20,913 | 127,417 | 364,531 | 95,127 | 126,500 | 406,818 | 7,915,141 |
| Vehicle Financing, DIP and OID | 829,295 | | | | 841,818 | | | | 258,333 | 254,341 | | | | 2,183,788 |
| 90 Day Interest Escrow | 500,000 | | | | | | | | | | | | | 500,000 |
| Other and OCP Fees | 1,319,079 | 69,079 | 69,079 | 144,079 | 69,079 | 69,079 | 69,079 | 219,079 | 69,079 | 69,079 | 69,079 | 69,079 | 219,079 | 2,523,026 |
| Restructure Professional Fees | 700,000 | | | 200,000 | 500,000 | | | | | 300,000 | | 1,440,000 | | 3,140,000 |
| US Trustee Fees | | | | | | | | | | | | | 21,000 | 21,000 |
| Total Cash Disbursements | 12,274,036 | 586,590 | 1,323,667 | 574,584 | 2,596,805 | 369,474 | 982,128 | 428,444 | 1,241,379 | 1,191,403 | 956,755 | 1,824,031 | 1,405,947 | 25,755,242 |
| **Ending Cash Balance** | 2,925,964 | 2,339,374 | 1,015,707 | 441,123 | 2,844,318 | 2,474,844 | 1,492,716 | 1,064,272 | 4,822,893 | 3,631,490 | 3,090,576 | 2,516,546 | 2,360,599 | |
| DIP Balance | | 15,000,000 | 15,000,000 | 15,000,000 | 15,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | |
| DIP Draw | 15,000,000 | | | | | | | | 5,000,000 | | | | | |
| DIP Total | 15,000,000 | 15,000,000 | 15,000,000 | 15,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 20,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | 25,000,000 | |

NOTE: This 13 week cash flow projection does not incude amounts relates to any potential KEIP

| Restructure Professional Fees | Name | Nov-13 | Dec-13 | Jan-14 |
|---|---|---|---|---|
| Debtor Counsel | Latham & Watkins LLP | 1,000,000 | 750,000 | 750,000 |
| Debtor Restructuring Advisor | Alvarez & Marsal | 250,000 | 400,000 | 250,000 |
| Debtor Delaware Counsel | Young Conaway Stargatt & Taylor, LLP | 125,000 | 125,000 | 125,000 |
| Debtor Investment Bank | Carl Marks & Co. Inc. | 175,000 | 85,000 | 85,000 |
| Debtor Claims Agent | Prime Clerk | 50,000 | 50,000 | 50,000 |
| Unsecured Creditor Counsel - FA | TBD | 200,000 | 200,000 | 200,000 |
| Ad Hoc Bondholders Professionals | | 200,000 | | |
| DIP Lender Counsel | Greenberg Traurig LLP | 650,000 | 450,000 | 250,000 * |
| DIP Lender Local Counsel | Reed Smith | 50,000 | 50,000 | 50,000 * |
| DIP Agent Administration Fee | GB Credit Partners / ICON Capital Corp. | 25,000 | 25,000 | 25,000 |
| New Accrual | | | | 1,785,000 |
| | | 2,725,000 | 2,135,000 | |

* No amount included for Financial Advisor