IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
GREEN FIELD ENERGY SERVICES, INC., et                      :   Case No. 13-12783 (KG)
al.,                                                       :
                                                           :   Jointly Administered
         Debtors.¹                                         :
                                                           x
----------------------------------------------------------

## MOTION AND ORDER FOR
## *PRO HAC VICE* ADMISSION OF CAREY L. MENASCO

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Carey L. Menasco of Liskow & Lewis to represent Shell Western Exploration & Production, Inc. in the above captioned case.

Dated: October 29, 2013
       Wilmington, Delaware          **POTTER ANDERSON & CORROON LLP**

                                     /s/ R. Stephen McNeill
                                     _____
                                     Laurie Selber Silverstein (DE Bar No. 2396)
                                     R. Stephen McNeill (DE Bar No. 5210)
                                     1313 North Market Street, P.O. Box 951
                                     Wilmington, DE 19899-0951
                                     Telephone: (302) 984-6108
                                     Facsimile: (302) 778-6108
                                     lsilverstein@potteranderson.com
                                     rmcneill@potteranderson.com

                                     *Counsel for Shell Western Exploration & Production, Inc.*

---

¹ The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

PAC 1127713v.1/40993

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
                                                              :   Case No. 13-12783 (KG)
GREEN FIELD ENERGY SERVICES, INC., et                         :
al.,                                                          :   Jointly Administered
                                                              :
                                                              x
         Debtors.[1]
-------------------------------------------------------------

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Louisiana and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Revised Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 29, 2013

/s/ Carey L. Menasco
Carey L. Menasco
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4171
Facsimile: (504) 556-4108
clmenasco@liskow.com

*Counsel for Shell Western Exploration & Production, Inc.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

PAC 1127713v.1/40993

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
GREEN FIELD ENERGY SERVICES, INC., et                           :   Case No. 13-12783 (KG)
al.,                                                            :
                                                                :   Jointly Administered
        Debtors.[1]                                             :
                                                                x
----------------------------------------------------------------

ORDER FOR
*PRO HAC VICE* ADMISSION OF CAREY L. MENASCO

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Carey L. Menasco is granted.

Dated: _____, 2013

                                            _____
                                            The Honorable Kevin Gross
                                            United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

PAC 1127713v.1