**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**GREEN FIELD ENERGY SERVICES, INC.,**      **CASE NUMBER:  13-12783-KG**
    Debtor

                                                **CHAPTER 11**

                                                **JUDGE KEVIN GROSS**

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    PLEASE TAKE NOTICE that C&B PUMPS AND COMPRESSORS, LLC hereby enters its appearance by and through its counsel, Steven G. Durio and the law firm of Durio, McGoffin, Stagg & Ackermann, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in the above captioned Chapter 11 case be given and served upon the party listed below at the following address and telephone number:

        Steven G. Durio
        Durio, McGoffin, Stagg & Ackermann
        220 Heymann Boulevard (70503)
        Post Office Box 51308
        Lafayette, Louisiana   70505-1308
        Phone:   (337) 233-0300
        Fax:       (337) 233-0694
        E-mail:  durio@dmsfirm.com

    PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written

1

#273427

or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice shall not be deemed or construed to be a waiver of C&B PUMPS AND COMPRESSORS, LLC's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which C&B PUMPS AND COMPRESSORS, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

        Respectfully submitted,

        /s/ Steven G. Durio
        STEVEN G. DURIO (#05230)
        Durio, McGoffin, Stagg & Ackermann
        220 Heymann Boulevard (70503)
        Post Office Box 51308
        Lafayette, LA   70505-1308
        Phone:  (337) 233-0300
        Fax:      (337) 233-0694
        Email:  durio@dmsfirm.com
        **Attorneys for C&B Pumps and Compressors, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice of Appearance and Request for Notice was electronically filed with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to counsel as indicated by the Court.

Lafayette, Louisiana, this 30th day of October, 2013.

        /s/ Steven G. Durio
        STEVEN G. DURIO