## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-12783-KG |
| **GREEN FIELD ENERGY SERVICES, INC.** | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appear on behalf of ONG-TSI, INC. ("Creditor"), a Creditor and party-in-interest herein, and demands, pursuant to the Federal Rules of Bankruptcy Procedure Rule 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) (the "Local Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. section 101 *et seq.*, that all notices given or required to be given in this case, and all papers served in this case, be given to and served upon George A. Kurisky, Jr. at the addresses set forth below:

**George A. Kurisky, Jr.**
**Johnson DeLuca Kurisky & Gould, P.C.**
**1221 Lamar, Suite 1000**
**Houston, Texas 77010**
gkurisky@jdkglaw.com

Please take further notice that the foregoing demand includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, email or otherwise, which affects the Debtor or the property of the Debtor.

This Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to be a waiver of Creditor's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceedings arising in or related to this case, (3) to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

    Respectfully submitted,

    JOHNSON DeLUCA KURISKY & GOULD, P.C.
    A Professional Corporation

    /s/ George A. Kurisky, Jr.
    GEORGE A. KURISKY, JR.
    SBT No: 117677700
    4 Houston Center
    1221 Lamar Street, Suite 1000
    Houston, Texas 77010
    (713) 652-2525 Telephone
    (713) 652-5130 Facsimile

    ATTORNEY FOR ONG-TSI, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2013, a true and correct copy of ONG-TSI, INC's Notice of Appearance was served via the Court's CM/ECF system on the following:

**DEBTOR – VIA FIRST CLASS MAIL**
Green Field Energy Services, Inc.
4023 Ambassador Caffery Parkway
Suite 200
Lafayette, LA 70503

**DEBTOR'S COUNSEL – VIA CM/ECF**
Josef S. Athanas
Matthew L. Warren
Caroline Reckler
Sarah E. Barr
Latham & Watkins LLP
Sears Tower
Suite 5800
233 S. Wacker Drive
Chicago, IL 60606

Kara Hammond Coyle
Michael R. Nestor
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801

**UNITED STATES TRUSTEE - VIA CM/ECF**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

    //s// George A. Kurisky, Jr.
GEORGE A. KURISKY, JR.