IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
GREEN FIELD ENERGY SERVICES, INC., et                         :  Case No. 13-12783 (KG)
al.,                                                          :
                                                              :  Jointly Administered
           Debtors.[1]                                        :
                                                              x
-------------------------------------------------------------

## MOTION AND ORDER FOR
## *PRO HAC VICE* ADMISSION OF PHILIP K. JONES, JR.

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Philip K. Jones, Jr., of Liskow & Lewis to represent Shell Western Exploration & Production, Inc. in the above captioned case.

Dated: October 31, 2013
       Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

/s/ R. Stephen McNeill
_____
Laurie Selber Silverstein (DE Bar No. 2396)
R. Stephen McNeill (DE Bar No. 5210)
1313 North Market Street, P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6108
Facsimile: (302) 778-6108
lsilverstein@potteranderson.com
rmcneill@potteranderson.com

*Counsel for Shell Western Exploration & Production, Inc.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

PAC 1127737v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
GREEN FIELD ENERGY SERVICES, INC., et                      :   Case No. 13-12783 (KG)
al.,                                                       :
                                                           :   Jointly Administered
            Debtors.[1]                                    :
---------------------------------------------------------- x

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Louisiana and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Revised Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 30, 2013

                                        Philip K. Jones, Jr.
                                        Liskow & Lewis
                                        701 Poydras Street, Suite 5000
                                        New Orleans, LA 70139
                                        Telephone: (504) 556-4132
                                        Facsimile: (504) 556-4108
                                        pkjones@liskow.com

                                        *Counsel for Shell Western Exploration & Production, Inc.*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

PAC 1127737v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
GREEN FIELD ENERGY SERVICES, INC., et           :   Case No. 13-12783 (KG)
al.,                                            :
                                                :   Jointly Administered
          Debtors.[1]                        :
                                                x
------------------------------------------------------------

## ORDER FOR
## PRO HAC VICE ADMISSION OF PHILIP K. JONES, JR.

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Philip K. Jones, Jr. is granted.

Dated: _____, 2013

                                                    _____
                                                    The Honorable Kevin Gross
                                                    United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

PAC 1127737v.1/40993