# Invoice

ONG-TSI, Inc.

1724 Topeka Dr.
Norman, OK 73069

| Date | Invoice # |
|---|---|
| 4/23/2013 | 10244 |

| Bill To | Ship To |
|---|---|
| Green Field Energy Services<br>4023 Ambassador Caffery Pkwy, #200<br>Lafayette, LA 70503<br>USA | Green Field Energy Services<br>4023 Ambassador Caffery Pkwy, #200<br>Lafayette, LA 70503<br>USA |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | WW | 4/23/2013 | Will Call | Origin |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  |  | ONG-TSI Customer #13619 |  |  |
|  |  | FB: SO# - 10244. 9 man crew |  |  |
|  |  | 4-10-2013 thru 4-21-2013 |  |  |
| 1,140 | FB_Item | MR-LABOR - Mobile Recert Labor Per Person | 70.00 | 79,800.00 |
| 108 | FB_Item | PER-DIEM - Meals, Hotels, Expenses Per Person - Note: 9 men x 12 days | 200.00 | 21,600.00 |
| 389 | FB_Item | BANDS-S - Stainless Recertification Band | 1.95 | 758.55T |
| 1 | FB_Item | SR-2 - 2" Rubber Seal Ring | 3.25 | 3.25T |
| 16 | FB_Item | BSR-3 - 3" Brass Seal Ring | 21.98 | 351.68T |
| 30 | FB_Item | BSR-4 - 4" Brass Seal Ring | 24.98 | 749.40T |
| 3 | FB_Item | SR-3 - 3" Rubber Seal Ring | 4.88 | 14.64T |
| 20 | FB_Item | SJK-3W - 3" Wide Style Swivel Joint Repair Kit | 59.98 | 1,199.60T |
| 20 | FB_Item | SJP-3W - 3" Fig 1502 Wide Swivel Joint Packing | 0.00 | 0.00T |
| 20 | FB_Item | SJOR-3W - 3" Wide Swivel Joint O-Ring | 0.00 | 0.00T |
| 20 | FB_Item | SJDS-3 - 3" Swivel Joint Dust Seal | 0.00 | 0.00T |
| 1,980 | FB_Item | SJB-38 - 3/8" Swivel Joint Balls | 0.00 | 0.00T |
| 60 | FB_Item | SJBP-38 - Ball Plug for 3/8" balls | 0.00 | 0.00T |
| 60 | FB_Item | SJBPC-38 - Retaining Clip for 3/8 Ball Plug | 0.00 | 0.00T |
| 28 | FB_Item | SJK-3N - 3" Narrow Style Swivel Joint Repair Kit | 59.98 | 1,679.44T |
| 28 | FB_Item | SJP-3N - 3" Fig 1502 Narrow Swivel Joint Packing | 0.00 | 0.00T |
| 56 | FB_Item | SJOR-3N - 3" Narrow Swivel Joint O-Ring | 0.00 | 0.00T |
| 2,688 | FB_Item | SJB-38 - 3/8" Swivel Joint Balls | 0.00 | 0.00T |
| 84 | FB_Item | SJBP-38 - Ball Plug for 3/8" balls | 0.00 | 0.00T |
| 84 | FB_Item | SJBPC-38 - Retaining Clip for 3/8 Ball Plug | 0.00 | 0.00T |
|  |  | Sales Tax | 8.25% | 392.42 |

**Total** $106,548.98

| Phone # | 405-573-2022 | Fax # | 405-573-2030 |
|---|---|---|---|

# Invoice

05/02/2013

## ONG-TSI

10271

Main address
1724 Topeka Dr.
Norman, OK 73069
Phone: 405-573-2022
FAX: 405-573-2030

**Bill To:**

Green Field Energy Services
4023 Ambassador Caffery Pkwy, #200
Lafayette, LA 70503

Customer: Green Field Energy Services

**Ship To:**

Green Field Energy Services
4023 Ambassador Caffery Pkwy, #200
Lafayette, LA 70503

Contact: Green Field Energy Services

**Notes**
4/22 THRU 4/30

| Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|
| NET 30 | Origin | Will Call | | 05/02/2013 |

| Item # | Type | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|---|
| 1 | Sale | MR-LABOR - Mobile Recert Labor Per Person | $ 70.00 | 641.5 hr | $ 44,905.00 |
| 2 | Sale | PER-DIEM - Meals, Hotels, Expenses Per Person 8 MEN X 9 DAYS | $ 200.00 | 72 ea | $ 14,400.00 |
| 3 | Sale | BANDS-C - Colored Recertification Band | $ 2.95 | 181 ea | $ 533.95 |
| 4 | Kit | SJK-3W - 3" Wide Style Swivel Joint Repair Kit | $ 59.98 | 6 ea | $ 359.88 |
| 11 | Kit | SJK-410W - 4" 1002 Wide Style Swivel Joint Repair Kit | $ 75.98 | 9 ea | $ 683.82 |
| 18 | Sale | FPR-30151 - 3" Lo Torc Plug Valve Repair Kit | $ 1,340.22 | 4 ea | $ 5,360.88 |
| 19 | Sale | BSR-2 - 2" Brass Seal Ring | $ 14.98 | 47 ea | $ 704.06 |
| 20 | Sale | BSR-3 - 3" Brass Seal Ring | $ 21.98 | 45 ea | $ 989.10 |
| 21 | Sale | BSR-4 - 4" Brass Seal Ring | $ 24.98 | 62 ea | $ 1,548.76 |

SubTotal: $ 69,485.45
Sales Tax: $ 687.18
TOTAL: $ 70,172.63

Approval:_____   Date:_____

May 9, 2013 10:05:27 AM PDT

Page 1 of 1

# Invoice

05/23/2013

## ONG-TSI
10308

Main address
1724 Topeka Dr.
Norman, OK  73069
Phone: 405-573-2022
FAX: 405-573-2030

### Bill To:

Green Field Energy Services
4023 Ambassador Caffery Pkwy, #200
Lafayette, LA  70503

Customer: Green Field Energy Services

### Ship To:

Green Field Energy Services
99 Pullin Rd.
Pleasanton, TX  78064

Contact: Green Field Energy Services
PO Number: PO13063

### Notes
5-8 thru 5-21

| Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|
| NET 30 | Origin | Will Call |  | 05/21/2013 |

| Item # | Type | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|---|
| 1 | Sale | MR-LABOR - Mobile Recert Labor Per Person | $ 70.00 | 687 hr | $ 48,090.00 |
| 2 | Sale | PER-DIEM - Meals, Hotels, Expenses Per Person 4 people 6 days 5-9 thru 5-14 | $ 200.00 | 56 ea | $ 11,200.00 |
| 3 | Sale | RET-3 - 3" 1502 Segmented Retaining Ring | $ 12.35 | 2 ea | $ 24.70 |
| 4 | Kit | SJK-2 - 2" Swivel Joint Repair Kit | $ 39.98 | 4 ea | $ 159.92 |
| 11 | Kit | SJK-3N - 3" Narrow Style Swivel Joint Repair Kit | $ 49.98 | 8 ea | $ 399.84 |
| 17 | Sale | SJRK-415 - 4" Fig 1502 Swivel Joint Repair Kit | $ 74.98 | 26 ea | $ 1,949.48 |
| 18 | Sale | BSR-2 - 2" Brass Seal Ring | $ 14.98 | 58 ea | $ 868.84 |
| 19 | Sale | BSR-3 - 3" Brass Seal Ring | $ 21.98 | 53 ea | $ 1,164.94 |
| 20 | Sale | BSR-4 - 4" Brass Seal Ring | $ 24.98 | 39 ea | $ 974.22 |
| 21 | Sale | RET-2 - 2" 1502 Segmented Retaining Ring | $ 8.45 | 1 ea | $ 8.45 |
| 22 | Sale | RET-3 - 3" 1502 Segmented Retaining Ring | $ 12.35 | 3 ea | $ 37.05 |
| 23 | Sale | 4L24315 - 3" Nitrogen Pop Off Kit | $ 2,550.49 | 1 ea | $ 2,550.49 |
| 24 | Sale | MR-LABOR - Mobile Recert Labor Per Person | $ 70.00 | 28 hr | $ 1,960.00 |
| 25 | Sale | PER-DIEM - Meals, Hotels, Expenses Per Person | $ 200.00 | 3 ea | $ 600.00 |

05/23/2013

# Invoice

**10308**

**ONG-TSI**

Main address
1724 Topeka Dr.
Norman, OK  73069
Phone: 405-573-2022
FAX: 405-573-2030

|  |  |
|---|---|
| SubTotal: | $ 69,987.93 |
| Sales Tax: | $ 549.31 |
| **TOTAL:** | **$ 70,537.24** |

Approval:_____   Date:_____

06/24/2013

# Invoice

## ONG-TSI

10352

Main address
1724 Topeka Dr.
Norman, OK  73069
Phone: 405-573-2022
FAX: 405-573-2030

**Bill To:**

Green Field Energy Services
4023 Ambassador Caffery Pkwy, #200
Lafayette, LA  70503

Customer: Green Field Energy Services

**Ship To:**

Green Field Energy Services
99 Pullin Rd.
Pleasanton, TX  78064

Contact: Green Field Energy Services
PO Number: PO13948

**Notes**
6-2 thru 6-15

| Payment Terms | FOB Point | Carrier | Ship Service | Requested Ship Date |
|---|---|---|---|---|
| Net 30 | Origin | Will Call |  | 06/24/2013 |

| Item # | Type | Number / Description | Unit Price | Qty Ordered | Total Price |
|---|---|---|---|---|---|
| 1 | Sale | MR-LABOR - Mobile Recert Labor Per Person | $ 70.00 | 555 hr | $ 38,850.00 |
| 2 | Sale | PER-DIEM - Meals, Hotels, Expenses Per Person | $ 200.00 | 60 ea | $ 12,000.00 |
| 3 | Sale | BSR-2 - 2" Brass Seal Ring | $ 14.98 | 21 ea | $ 314.58 |
| 4 | Sale | BSR-3 - 3" Brass Seal Ring | $ 21.98 | 71 ea | $ 1,560.58 |
| 5 | Sale | BSR-4 - 4" Brass Seal Ring | $ 24.98 | 26 ea | $ 649.48 |
| 6 | Kit | SJK-2 - 2" Swivel Joint Repair Kit | $ 44.98 | 10 ea | $ 449.80 |
| 13 | Kit | SJK-3W - 3" Wide Style Swivel Joint Repair Kit | $ 49.98 | 31 ea | $ 1,549.38 |
| 20 | Sale | SJRK-415 - 4" Fig 1502 Swivel Joint Repair Kit | $ 74.98 | 11 ea | $ 824.78 |
| 21 | Sale | RET-3 - 3" 1502 Segmented Retaining Ring | $ 12.35 | 7 ea | $ 86.45 |

SubTotal:   $ 56,285.05
Sales Tax:   $ 366.87
TOTAL:   $ 56,651.92

Approval:_____   Date:_____

October 8, 2013 10:00:05 AM PDT                         Page 1 of 1

11:43 AM
10/08/13
Accrual Basis

# ONG-TSI, Inc.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---:|---:|
| **Green Field Energy Services** | | | | | | |
| Invoice | 04/23/2013 | 10244 | FB: SO# - 10244. 9 man crew 4-10-2013 thru 4... | 05/23/2013 | 95,872.84 | 106,548.98 |
| Invoice | 05/09/2013 | 10271 | FB: SO# - 10271. 4/22 THRU 4/30 | 06/08/2013 | 70,172.63 | 70,172.63 |
| Invoice | 05/29/2013 | 10308-2 | FB: SO# - 10308. 5-8 thru 5-21 | 06/28/2013 | 48,090.00 | 48,090.00 |
| Invoice | 05/29/2013 | 10308-1 | FB: SO# - 10308. 5-8 thru 5-21 | 06/28/2013 | 22,447.24 | 22,447.24 |
| Invoice | 06/25/2013 | 10352 | FB: SO# - 10352. 6-2 thru 6-15 | 07/25/2013 | 56,651.92 | 56,651.92 |
| **Total Green Field Energy Services** | | | | | 293,234.63 | 303,910.77 |
| **TOTAL** | | | | | 293,234.63 | 303,910.77 |