IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Green Field Energy Services, Inc., *et al.*,<br><br>Debtors[1]. | Chapter 11<br><br>Case No. 13-12783 (KG)<br><br>Jointly Administered<br><br>**Objection Deadline:**<br>**December 30, 2013 at 4:00 p.m.**<br>**Hearing Date:**<br>**January 7, 2014 at 3:00 p.m.** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that on December 5, 2013, the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 cases of Green Field Energy Services, Inc., *et al.* filed the **Application for Employment of Conway MacKenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 11, 2013** (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that a Hearing on the Application will be held on **January 7, 2013 at 3:00 p.m. (Eastern Time)**, before the Honorable Kevin Gross at the United States Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Committee **on or before 4:00 p.m. (Eastern Time) on December 30, 2013.**

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 5, 2013
Wilmington, Delaware

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Morgan L. Seward
Steven K. Kortanek (No. 3601)
Morgan L. Seward (No. 5388)
222 Delaware Avenue, Suite 1601
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330

- and -

**BROWN RUDNICK LLP**
Robert J. Stark (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Howard L. Siegel (admitted *pro hac vice*)
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 509-6500
Facsimile: (860) 509-6501

- and -

Sunni P. Beville (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors of Green Field Energy Services, Inc., et al.*