## EXHIBIT A

**Affidavit of John T. Young, Jr.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Green Field Energy Services, Inc., *et al.*, | Case No. 13-12783 (KG) |
| Debtors.[1] | Jointly Administered |

**AFFIDAVIT OF JOHN T. YOUNG, JR. IN SUPPORT**
**OF APPLICATION FOR EMPLOYMENT OF CONWAY MACKENZIE, INC.**
**AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS *NUNC PRO TUNC* TO NOVEMBER 11, 2013**

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) ss.: |
| COUNTY OF HARRIS | ) |

John T. Young, Jr., being duly sworn, deposes and states:

1.    I am a Senior Managing Director of Conway MacKenzie, Inc. ("CM"), and am duly authorized to execute this affidavit on behalf of CM.  I submit this affidavit, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in support of the Application for Employment of Conway MacKenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 11, 2013 (the "Application").[2]  Unless otherwise stated, I have personal knowledge of the facts stated herein. To the extent any information disclosed herein requires amendment or modification upon CMs completion of further review or as additional party-in-interest information becomes available to

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035).  The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA  70503.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

it, a supplemental affidavit will be submitted to the Court reflecting such amended or modified information.

A.      **CM's Qualifications**

2.      CM has been asked to serve as financial advisor to the Committee appointed in the Chapter 11 cases of Green Field Energy Services, Inc., *et al.* (collectively, the "Debtors").

3.      CM is a turnaround and crisis management consulting firm specializing in corporate restructurings, operations improvement, litigation analytics and valuations.  CM has extensive experience working with and for distressed companies in complex financial and operational restructurings, both out-of-court and in chapter 11 proceedings throughout the United States.  CM professional have advised debtors, creditors and equity constituents in numerous reorganizations, which advisory services have included financial analysis and budgeting, forecasting, cash management, operational assessments and improvements, and the provision of interim management.  CM has advised companies with annual sales ranging from $5 million to over $5 billion in a broad range of industries.  In particular, CM has advised companies within the energy industry both inside and outside of the bankruptcy and restructuring context.

4.      Since CM was founded in 1987, it has provided advisory services to a number of clients involving energy related matters, including Bigler LP, Delta Petroleum Corporation, Marcus Oil & Chemical, Par Petroleum Corporation, TriDimension Energy, LP, Tri-Valley Corporation and GMX Resources.  In addition, prior to joining CM, CM's professionals who will be providing services in connection with this matter have provided restructuring and other advisory services in a number of chapter 11 cases including, but not limited to, Cooperheat-MQS, Inc./International Industrial Services, Inc., The Pacific Lumber Company/The Scotia Pacific Company, Winn-Dixie Stores and WorldCom.

5.    In light of the size and complexity of these chapter 11 cases, the Committee requires the services of a seasoned and experienced financial advisor familiar with the energy industry to, among other things, assist the Committee in (i) understanding the Debtors' businesses and operations, (ii) executing its fiduciary duties and (iii) maximizing the value of the Debtors' estates.    Therefore, the Committee respectfully submits that the services of CM are necessary and appropriate to ensure that the Committee's interests are protected.

6.    The Committee has selected CM as its financial advisor based upon, among other things:  (a) the Committee's need to retain a financial advisory firm to provide advice with respect to the Debtors' restructuring activities; (b) CM's senior professionals' extensive experience and excellent reputation in providing financial advisory services in chapter 11 cases such as these cases; and (c) CM's knowledge of the oil and gas industry as well as the Debtors' businesses, operations, and capital structure.  Furthermore, the Committee believes that CM is well-qualified to provide its services in a cost-effective, efficient, and timely manner.  The Committee submits that the employment and retention of CM would be in the best interests of the Debtors, their estates and their creditors.  CM has agreed to provide financial advisory services to the Committee in the Debtors' chapter 11 cases, pursuant to the terms and conditions of the Engagement Letter, a copy of which is attached as **Exhibit B** to the Application.

B.    **Professional Services to Be Rendered**

7.    The Committee has executed the Engagement Letter with CM, setting forth the terms and conditions pursuant to which CM agreed to provide financial advisory services to the Committee.

8.    The financial advisory services CM has been engaged to provide to the Committee are as follows:

3

a) Assistance in the analysis, review and monitoring of the restructuring process, including, but not limited to an assessment of potential recoveries for general unsecured creditors;

b) Assistance in the review of financial information prepared by the Debtors, including, but not limited to, cash flow projections and budgets, business plans, cash receipts and disbursement analysis, asset and liability analysis, and the economic analysis of proposed transactions for which Court approval is sought;

c) Assistance with the review of the Debtors' analysis of core and non-core business assets and the potential disposition or liquidation of the same;

d) Assistance with review of any tax issues associated with, but not limited to, preservation of net operating losses, refunds due to the Debtors, plans of reorganization, and asset sales;

e) Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in these chapter 11 proceedings;

f) Attendance at meetings and assistance in discussions with the Debtors, potential investors, banks, other secured lenders, the Committee and any other official committees organized in these chapter 11 proceedings, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

g) Assistance in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

h) Assistance with the review of the Debtors' cost/benefit analysis with respect to the affirmation or rejection of various executory contracts and leases;

i) Assistance in the evaluation, analysis, and forensic investigation of avoidance actions, including fraudulent conveyances and preferential transfers and certain transactions between the Debtors and affiliated entities;

j) Assistance in the prosecution of Committee responses/objections to the Debtors' motions, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee; and

k) Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

**C.    CM's Compensation**

9.      Subject to the Court's approval, and in accordance with section 328(a) of the Bankruptcy Code, CM proposes to render its services on an hourly fee basis according to its customary hourly rates in effect when the services are rendered.  It is anticipated that the lead CM professional who will be responsible for the overall engagement is John T. Young, Jr., Senior Managing Director, whose current hourly rate is $695.  Other professionals will be providing additional support and will be billed at their respective standard hourly rates, which range from $200 (paraprofessional) to $695 (senior managing director).

10.     CM will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger and telephone charges.  CM will charge for these expenses at rates consistent with charges made to other CM clients, and subject to the guidelines of the United States Trustee.

11.     CM will maintain detailed records of fees and expenses incurred in connection with the rendering of the legal services described above, in accordance with applicable rules and guidelines.

12.     The Committee believes that the fee structure is reasonable, market-based, and designed to fairly compensate CM for its work in these Chapter 11 cases and to cover fixed and routine overhead expenses.

**D.      Disinterestedness / Lack of Adverse Interest**

13.     Neither CM, any director, officer or employee thereof, nor I, insofar as I have been able to ascertain, represents any interest adverse to that of the Debtors' estates in the matters upon which the Committee seeks to engage CM, and I believe the firm to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

14.     From time to time, CM has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these Chapter 11 cases.  As described below, however, CM has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided, services to any significant creditor, investors, insider or other party in interest in such unrelated matters.

15.     CM provides services in connection with numerous cases, proceedings and transactions unrelated to these Chapter 11 cases.  Those unrelated matters involve numerous attorneys, financial advisors and creditors, some of whom may be claimants or parties with actual or potential interests in these Chapter 11 cases, or may represent such parties.

16.     CM's personnel may have business associations with certain creditors of the Debtors unrelated to these Chapter 11 cases.  In addition, in the ordinary course of its business, CM may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other parties in interest in these Chapter 11 cases.

17.     In connection with the preparation of this Affidavit, CM conducted a review of its (and its affiliates' and employees') contacts with the Debtors, their non-debtor affiliates, and certain entities holding large claims against or interest in the Debtors that were made reasonably known to CM.  A listing of the parties reviewed is reflected in Schedule "1" attached to this Declaration.  CM's review, completed under my supervision, consisted of a query of the Schedule 1 parties containing names of individuals and entities that are represented by CM.

18.     Based on the results of its review, CM (including its affiliates and employees) does not have a relationship with any of the parties listed in Schedule 1 in matters related to these proceedings except as set forth herein.  CM's assistance to these parties has been related to

6

providing various consulting services. To the best of my knowledge, no services have been provided to these parties-in-interest which involve their rights in the Debtors' cases, nor does CM's involvement in this case compromise its ability to continue such consulting services.

19.    CM has provided services in the past to Wells Fargo Bank, NA, PNC Bank, JP Morgan Chase Bank, Goldman Sachs, Bank of America and their affiliates (collectively the "**Client Financial Institutions**"). CM does not represent the Client Financial Institutions in connection with these Chapter 11 cases and CM's work with the Client Financial Institutions is not related in any way to these proceedings.

20.    Further, as part of its diverse practice, CM appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Chapter 11 cases. Further, CM (including its affiliates and employees) has performed, in the past, and may perform in the future, consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on CM's current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates interests materially adverse to the Debtors, and none is in connection with this case.

21.    On a going forward basis, CM shall disclose any and all facts that may have a bearing on whether the firm, its affiliates, and/or any individuals working on the engagement hold or represent any interest adverse to the Debtors, their creditors, or other parties-in-interest.

22.    CM (including its affiliates and employees) and I do not believe any of us is a "creditor" of any of the Debtors within the meaning of section 101(1) of the Bankruptcy Code. Further, neither I, CM (including its affiliates and employees) nor any member of the CM

engagement team serving the Debtors, to the best of my knowledge, is a holder of any of the Debtors' outstanding debt, equity or preferred stock investments.

23.     Neither CM, any member or employee thereof, nor I, insofar as I have been able to ascertain, is so connected with the Judges of the United States Bankruptcy Court for the District of Delaware, the United States Trustee (Region 3) or the Assistant Trustee or Trial Attorneys for the Office of the United States Trustee, as to render the employment of CM, as financial advisor for the Committee, inappropriate under Bankruptcy Rule 5002(b).

24.     Neither CM, any director, officer or employee thereof, nor I, insofar as I have been able to ascertain, is or was a creditor, an equity holder, or insider of the Debtors.

25.     Neither CM, any director, officer or employee thereof, nor I, insofar as I have been able to ascertain, is or was a director, officer or employee of the Debtors as defined in Bankruptcy Code sections 101(14)(B) or (C) within two years before the date of filing of the Debtors' Chapter 11 cases.

26.     On the basis of the above, I believe CM to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

27.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2013

_____
John T. Young, Jr.

Sworn to and subscribed before
me this 5th day of December 2013

_____
Notary Public

KAY-LA J HUGHES
My Commission Expires
June 25, 2017

9

## SCHEDULE 1 to Young Affidavit

### Case Parties List

| Entity Name | Relationship to Debtor |
|---|---|
| Al-Sealing | Additional Suppliers/Vendors |
| Absolutely Irresistible, LLC | Additional Suppliers/Vendors |
| Acadiana Bearing Co. | Additional Suppliers/Vendors |
| ADP Payroll | Additional Suppliers/Vendors |
| American Industrial Heat Transfer, Inc | Additional Suppliers/Vendors |
| American Vulkan | Additional Suppliers/Vendors |
| AmWINS Brokerage of Georgia | Additional Suppliers/Vendors |
| Atlantic Fluid Power, Inc | Additional Suppliers/Vendors |
| AWC Incorporated | Additional Suppliers/Vendors |
| B.O.P. Controls Inc. | Additional Suppliers/Vendors |
| Babineaux, Poche, Anthony & Slavich, LLC | Additional Suppliers/Vendors |
| Barnes Distribution | Additional Suppliers/Vendors |
| Basler Electric Company | Additional Suppliers/Vendors |
| Begnauds (GFES vendor) | Additional Suppliers/Vendors |
| Benchmark Energy Products, LLC | Additional Suppliers/Vendors |
| Blackwell Aggregates, Inc. | Additional Suppliers/Vendors |
| Blue Ribbon Technology, Inc. | Additional Suppliers/Vendors |
| Borehole Control, LLC | Additional Suppliers/Vendors |
| C&B Pumps & Compressors, LLC | Additional Suppliers/Vendors |
| Carl Marks Advisory Group, LI C | Additional Suppliers/Vendors |
| C-B Gear & Machine Inc. | Additional Suppliers/Vendors |
| CEDE & Co, Inc. | Additional Suppliers/Vendors |
| Certified Laboratories | Additional Suppliers/Vendors |
| CESI Chemical | Additional Suppliers/Vendors |
| Chartis Inc. | Additional Suppliers/Vendors |
| Chem Rock Technologies, LLC | Additional Suppliers/Vendors |
| CHPHC Hotel X — PA | Additional Suppliers/Vendors |
| CMC of Georgia, Inc | Additional Suppliers/Vendors |
| Consolidated Electrical Distributors, Inc | Additional Suppliers/Vendors |
| Continental Controls | Additional Suppliers/Vendors |
| Control Concepts | Additional Suppliers/Vendors |
| Cranford Equipment Company | Additional Suppliers/Vendors |
| CS&P Technologies, LP | Additional Suppliers/Vendors |
| D&I Silica, LLC | Additional Suppliers/Vendors |
| Deep South Chemical, Inc. | Additional Suppliers/Vendors |
| Elite Communication Srvcs, Inc. | Additional Suppliers/Vendors |
| EMS Barcode Solutions, LLC | Additional Suppliers/Vendors |

| | |
|---|---|
| Ernst & Young LLP | Additional Suppliers/Vendors |
| Express Car & Truck Rental Inc. | Additional Suppliers/Vendors |
| Fayette Parts Service, Inc. | Additional Suppliers/Vendors |
| Fire & Safety Specialists, Inc | Additional Suppliers/Vendors |
| Flex Capital Transport, LLC | Additional Suppliers/Vendors |
| FMC Technologies, Inc. | Additional Suppliers/Vendors |
| Frac Rentals, LLC | Additional Suppliers/Vendors |
| Francis Drilling Fluids, Ltd | Additional Suppliers/Vendors |
| Frank S. Slavich, III | Additional Suppliers/Vendors |
| G & G Services | Additional Suppliers/Vendors |
| GE Oil & Gas Pressure Control LP | Additional Suppliers/Vendors |
| Genstar Power Services, LLC | Additional Suppliers/Vendors |
| Getec | Additional Suppliers/Vendors |
| Grainger | Additional Suppliers/Vendors |
| Greene's Energy Group | Additional Suppliers/Vendors |
| Gulf-Pro Services, LLC | Additional Suppliers/Vendors |
| Gulfside Fabricators LLC | Additional Suppliers/Vendors |
| HF Oilfield Supply, Inc. | Additional Suppliers/Vendors |
| High Country Express and Logistics | Additional Suppliers/Vendors |
| Honeywell International Inc. | Additional Suppliers/Vendors |
| HTC Express, Inc. | Additional Suppliers/Vendors |
| Hunter Steel and Supply, LLC | Additional Suppliers/Vendors |
| Icon Capital Corp | Additional Suppliers/Vendors |
| i-DEAL LLC | Additional Suppliers/Vendors |
| Illini State Trucking Co | Additional Suppliers/Vendors |
| IMS/London American | Additional Suppliers/Vendors |
| Innovative Industries, Inc | Additional Suppliers/Vendors |
| Iron Horse Flow Control Systems | Additional Suppliers/Vendors |
| Jeffries & Company, Inc. | Additional Suppliers/Vendors |
| Jet Stream, LLC | Additional Suppliers/Vendors |
| Jones-Hamilton Co. | Additional Suppliers/Vendors |
| JP Morgan Chase Bank, NA. | Additional Suppliers/Vendors |
| Kato Engineering, Inc | Additional Suppliers/Vendors |
| Kensington Management Group, Ltd | Additional Suppliers/Vendors |
| Kirby-Smith Machinery, Inc. | Additional Suppliers/Vendors |
| Lafarge North America | Additional Suppliers/Vendors |
| Landmark Safety, LLC | Additional Suppliers/Vendors |
| Landry Harris & Company | Additional Suppliers/Vendors |
| Laredo Storage Transport (Lardeo Transport & Storage, Inc.) | Additional Suppliers/Vendors |
| Lloyd's of London / Beazley | Additional Suppliers/Vendors |
| Louisiana Crane and Construction, LLC | Additional Suppliers/Vendors |

| | |
|---|---|
| Louisiana Steam | Additional Suppliers/Vendors |
| Lufkin Industries, Inc | Additional Suppliers/Vendors |
| Martin Energy Services, LLC | Additional Suppliers/Vendors |
| Martin Oil | Additional Suppliers/Vendors |
| Maxon Enterprises, LLC | Additional Suppliers/Vendors |
| McMaster Carr | Additional Suppliers/Vendors |
| McNay-Williams LLC | Additional Suppliers/Vendors |
| Medical Center of Arlington | Additional Suppliers/Vendors |
| Meridan Oil | Additional Suppliers/Vendors |
| Micro Motion, Inc. | Additional Suppliers/Vendors |
| Mississippi Sand, LLC | Additional Suppliers/Vendors |
| Modern Transportation | Additional Suppliers/Vendors |
| Motion Industries, Inc. | Additional Suppliers/Vendors |
| Nalco Company | Additional Suppliers/Vendors |
| National Union Fire Insurance Company of Pittsburgh, PA | Additional Suppliers/Vendors |
| Native Oil Field Services | Additional Suppliers/Vendors |
| Native Oilfield Services, LLC | Additional Suppliers/Vendors |
| NOV CTES | Additional Suppliers/Vendors |
| Ohio Bureau of Workers' Compensation | Additional Suppliers/Vendors |
| Oil Patch Petroleum, Inc. | Additional Suppliers/Vendors |
| ONG-TSI, Inc, | Additional Suppliers/Vendors |
| Panalpina | Additional Suppliers/Vendors |
| Pel-State Bulk Plant, LLC | Additional Suppliers/Vendors |
| PfP Technologies | Additional Suppliers/Vendors |
| Preferred Quality Chemicals, LLC | Additional Suppliers/Vendors |
| Preferred Sands | Additional Suppliers/Vendors |
| Price Forbes & Partners Limited | Additional Suppliers/Vendors |
| Principal Financial Group | Additional Suppliers/Vendors |
| ProSource Technologies, LLC | Additional Suppliers/Vendors |
| Quality Tubing, Inc. | Additional Suppliers/Vendors |
| Quantum Energy Chemicals, LLC | Additional Suppliers/Vendors |
| Ram Transit Lines | Additional Suppliers/Vendors |
| Rapid Flow Testing | Additional Suppliers/Vendors |
| Reagent Chemical & Research, Inc. | Additional Suppliers/Vendors |
| Red Lion / Ralph's Electronics | Additional Suppliers/Vendors |
| Regions Bank | Additional Suppliers/Vendors |
| RNNJ Inc. | Additional Suppliers/Vendors |
| Rope, Soap N' Dope | Additional Suppliers/Vendors |
| RWI, LLC | Additional Suppliers/Vendors |
| Santrol | Additional Suppliers/Vendors |
| Schneider National Bulk Carriers, Inc. | Additional Suppliers/Vendors |

| | |
|---|---|
| Schneider National, Inc. | Additional Suppliers/Vendors |
| Schubert & Salzer, Inc | Additional Suppliers/Vendors |
| Seasafe | Additional Suppliers/Vendors |
| Sheldon P. Turner | Additional Suppliers/Vendors |
| Siera Frac Sand, LLC | Additional Suppliers/Vendors |
| Sierra Frac Sand, LLC | Additional Suppliers/Vendors |
| Signor Catering & Logistics, LLC | Additional Suppliers/Vendors |
| Smith Oil Company, Inc. | Additional Suppliers/Vendors |
| Southern Benefit Services, LLC | Additional Suppliers/Vendors |
| Spirit Truck Lines, Inc. | Additional Suppliers/Vendors |
| SPM Flow Control, Inc. | Additional Suppliers/Vendors |
| SRP | Additional Suppliers/Vendors |
| Starr Surplus Insurance Company | Additional Suppliers/Vendors |
| State Conotroller of Public Accounts | Additional Suppliers/Vendors |
| Steagall Oil Company of Texas | Additional Suppliers/Vendors |
| Stop Loss Insurance Services | Additional Suppliers/Vendors |
| StrataGen, Inc. | Additional Suppliers/Vendors |
| Sun Coast Resources, Inc. | Additional Suppliers/Vendors |
| Superior Onsite Security, Inc. | Additional Suppliers/Vendors |
| Supreme Electrical Services, Inc. (Lime) | Additional Suppliers/Vendors |
| SWEPT, LP | Additional Suppliers/Vendors |
| T.F. Hudgins, Inc. | Additional Suppliers/Vendors |
| Talen's Marine & Fuel LLC | Additional Suppliers/Vendors |
| Target Oilfield Services, LLC | Additional Suppliers/Vendors |
| TES | Additional Suppliers/Vendors |
| Texas Childrens Hospital | Additional Suppliers/Vendors |
| Texas Department of Motor Vehicles | Additional Suppliers/Vendors |
| Thomas Petroleum, LLC | Additional Suppliers/Vendors |
| TMC / MidSouth Bank N.A. | Additional Suppliers/Vendors |
| Torqued-Up Energy Services, Inc. | Additional Suppliers/Vendors |
| TPT & other vendors | Additional Suppliers/Vendors |
| Transwood Logistics, Inc. | Additional Suppliers/Vendors |
| Treadstone Consulting | Additional Suppliers/Vendors |
| Tucson Embedded Systems, Inc. | Additional Suppliers/Vendors |
| Turn Right Tools, LLC | Additional Suppliers/Vendors |
| Turner Transport Specialties | Additional Suppliers/Vendors |
| U.S. Silica | Additional Suppliers/Vendors |
| Unimin | Additional Suppliers/Vendors |
| Unimin Corporation | Additional Suppliers/Vendors |
| United Holdings, LLC | Additional Suppliers/Vendors |
| United Rentals North America, Inc. | Additional Suppliers/Vendors |

| | |
|---|---|
| Valtek Industries, Inc. | Additional Suppliers/Vendors |
| Viatron | Additional Suppliers/Vendors |
| Victory Oilfield Supply, LLC | Additional Suppliers/Vendors |
| Voorhies | Additional Suppliers/Vendors |
| Wayne W. Sell Corporation | Additional Suppliers/Vendors |
| Weatherford Gernoco | Additional Suppliers/Vendors |
| Weatherford US LP | Additional Suppliers/Vendors |
| Webtech Wireless | Additional Suppliers/Vendors |
| Wildcat Energy Insurance, Ltd | Additional Suppliers/Vendors |
| Wildcat Minerals, LLC | Additional Suppliers/Vendors |
| Willem Mast | Additional Suppliers/Vendors |
| Willem Mast | Additional Suppliers/Vendors |
| William G. Satterlee & Sons Inc | Additional Suppliers/Vendors |
| W-Industries of Louisiana, LLC | Additional Suppliers/Vendors |
| Wright Express | Additional Suppliers/Vendors |
| Zurich American Insurance Company | Additional Suppliers/Vendors |
| David D. Bird | Clerk |
| Chem Rock Technologies, LLC | Committee Member |
| Martin Energy Services | Committee Member |
| National Oilwell Varco L.P. | Committee Member |
| Pel-State Bulk Plan | Committee Member |
| Preferred Quality Chemicals, LLC | Committee Member |
| Preferred Resin Holding Company, LLC | Committee Member |
| S.P.M. Flow Control, Inc. | Committee Member |
| Amanda R. Steele | Counsel to Individual Interested Parties |
| Ann M. Kashishian | Counsel to Individual Interested Parties |
| Daniel J. DeFranceschi | Counsel to Individual Interested Parties |
| Dennis A. Meloro | Counsel to Individual Interested Parties |
| Laurie Selber Silverstein | Counsel to Individual Interested Parties |
| Norman L. Pernick | Counsel to Individual Interested Parties |
| William A. Frazell | Counsel to Individual Interested Parties |
| 2013 MP Sub Two, LLC | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |

| | |
|---|---|
| 2013 MP Sub Two, LLC (Midland, TX lease) | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Amoco Production Co. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Barbara Quinney | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Bridges Family Trust | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Caffery Plaza, LP | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Celero Energy Management, LLC | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Central Power and Light Company | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Champion Resources, LLC | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Chesapeake Exploration, LLC | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| City Center Development, LP | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |

| | |
|---|---|
| Crosstex Pipeline Co. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| D.R. Horton Tower | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Darco Corporation | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| DDR/DTC Investments, LP | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Farnham & Pfile Company | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| GCCFC 2007-GG9 Westchase Office, LLC | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Hamilton-Titan Partners, LLC | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Houston Sales Office | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| HTD Hudson Bay, LLC | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| JBK Commercial | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |

| | |
|---|---|
| Joe H. Burt | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Kool Partnership | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| LNR Texas Partners, LLC | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| McIntyre Investments, LLC | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Medina Electric Cooperative, Inc. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Metropolitan Life Insurance Company | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Mr. Paul E. Davenport | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Nations Fund I, Inc. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Natural Gas Pipeline Co. of America | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Northeast Texas Electric Cooperative, Inc. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |

| | |
|---|---|
| Orel Bridges Family Trust | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Signor Catoring & Logistics GFCZSP, LLC | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Southwestern Electric Power Co. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| SRB City Investments, LP | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Texas Illinois Natural Gas Pipeline Co. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| The Carthage Co. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Theta Holdings, Inc. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Three Deuces, Inc. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Union Pacific Resources Company | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Upshur Rural Electric Cooperative Corp. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |

| | |
|---|---|
| W. L. Quinney Jr. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| W.B. Newberry | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| W.M. Null Operations, Inc. | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Wintergarden Groundwater Conservation District | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Woodbine Acquisition Corporation | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Yegua Trust | Counterparties to Major Capital, Real Property and Personal Property Leases, License and Registration Rights Agreement |
| Michel B. Moreno | Current and Former Officers, Directors and LLC Managers |
| Enrique "Rick" Fontova | Current and Former Officers, Directors and LLC Managers |
| Earl Blackwell | Current and Former Officers, Directors and LLC Managers |
| Jerry Broussard | Current and Former Officers, Directors and LLC Managers |
| Gary Prehoda | Current and Former Officers, Directors and LLC Managers |
| Virgil Vincent | Current and Former Officers, Directors and LLC Managers |
| Jerome Guillotte | Current and Former Officers, Directors and LLC Managers |
| Dean Fullerton | Current and Former Officers, Directors and LLC Managers |
| John Egle | Current and Former Officers, Directors and LLC Managers |

| | |
|---|---|
| Charlie Kilgore | Current and Former Officers, Directors and LLC Managers |
| Mark Knight | Current and Former Officers, Directors and LLC Managers |
| Aerodynamic, LLC | Debtor / Affiliated Entities |
| Alliance Consulting Group, LLC | Debtor / Affiliated Entities |
| Casafin II, LLC | Debtor / Affiliated Entities |
| Dynamic Industries, Inc. | Debtor / Affiliated Entities |
| Elle Investments, LLC | Debtor / Affiliated Entities |
| Green Field Energy Services, Inc. | Debtor / Affiliated Entities |
| Hub City Tools, Inc. | Debtor / Affiliated Entities |
| Marine Turbine Technology, LLC | Debtor / Affiliated Entities |
| MBM 2011 DOH | Debtor / Affiliated Entities |
| Michel B. Moreno | Debtor / Affiliated Entities |
| Moody, Moreno and Rucks, LLC | Debtor / Affiliated Entities |
| MOR DOH Holdings, LLC | Debtor / Affiliated Entities |
| MOR MGH Holdings, LLC | Debtor / Affiliated Entities |
| Moreno Properties, LLC | Debtor / Affiliated Entities |
| MTT Properties, LLC | Debtor / Affiliated Entities |
| Powermeister, LP (Mr. Vernon Investment) | Debtor / Affiliated Entities |
| Proppant One, Inc. | Debtor / Affiliated Entities |
| TCM 2011 DOH | Debtor / Affiliated Entities |
| Turbine Generation Services, LLC | Debtor / Affiliated Entities |
| Turbine Powered Technology, LLC | Debtor / Affiliated Entities |
| Turbine Powered Technology, LLC | Debtor / Affiliated Entities |
| ChemRock Technologies, LLC | Formerly Affiliated Entities and Previous Names |
| Hub City Industries, Inc. | Formerly Affiliated Entities and Previous Names |
| Eagle Ventures, L.L.C. | Holders and Beneficial Holders of 1% or More of Any Outstanding Common Equity Securities of the Debtor |
| Enrique Fontova | Holders and Beneficial Holders of 1% or More of Any Outstanding Common Equity Securities of the Debtor |
| Moody, Moreno and Rucks, L.L.C. | Holders and Beneficial Holders of 1% or More of Any Outstanding Common Equity Securities of the Debtor |

| | |
|---|---|
| MOR MGH Holdings, L.L.C. | Holders and Beneficial Holders of 1% or More of Any Outstanding Common Equity Securities of the Debtor |
| Beach Point Capital Management LP | Indenture Holders, Indenture Trustee and Major Bondholders and Prepetition Noteholder Committee Professionals |
| Bennett Capital | Indenture Holders, Indenture Trustee and Major Bondholders and Prepetition Noteholder Committee Professionals |
| Breakwater Equity | Indenture Holders, Indenture Trustee and Major Bondholders and Prepetition Noteholder Committee Professionals |
| Columbia Management Investment Advisers, LLC | Indenture Holders, Indenture Trustee and Major Bondholders and Prepetition Noteholder Committee Professionals |
| Solus Alternative Asset Management L.P. | Indenture Holders, Indenture Trustee and Major Bondholders and Prepetition Noteholder Committee Professionals |
| Stonehill Capital Management LLC | Indenture Holders, Indenture Trustee and Major Bondholders and Prepetition Noteholder Committee Professionals |
| Thornburg Investment Management, Inc. | Indenture Holders, Indenture Trustee and Major Bondholders and Prepetition Noteholder Committee Professionals |
| Wilmington Trust, National Association | Indenture Holders, Indenture Trustee and Major Bondholders and Prepetition Noteholder Committee Professionals |
| MTT Properties, LLC | Lienholders and Parties to Joint Venture and Licensing Agreement |
| Marine Turbine Technologies | Lienholders and Parties to Joint Venture and Licensing Agreement |
| Turbine Stimulation Technologies | Lienholders and Parties to Joint Venture and Licensing Agreement |
| Baker Hughes | Major Competitors |
| Halliburton Company | Major Competitors |
| Schlumberger Ltd. | Major Competitors |
| Weatherford | Major Competitors |

12

| | |
|---|---|
| Alinet Corporation | Major Contract Counterparties or Customers |
| Alta Mesa Services, LP (Meridian) | Major Contract Counterparties or Customers |
| Americo Energy | Major Contract Counterparties or Customers |
| Anadarko Petroleum Corporation | Major Contract Counterparties or Customers |
| Anglo-Dutch Energy LLC | Major Contract Counterparties or Customers |
| Apache Corp. | Major Contract Counterparties or Customers |
| Apollo Energy Operating Company, LP | Major Contract Counterparties or Customers |
| Aspect Energy | Major Contract Counterparties or Customers |
| Atinum E & P, Inc. | Major Contract Counterparties or Customers |
| Avanti Exploration Louisiana LLC | Major Contract Counterparties or Customers |
| Azimuth Energy LLC | Major Contract Counterparties or Customers |
| Bass Operating Company | Major Contract Counterparties or Customers |
| BEUSA | Major Contract Counterparties or Customers |
| Black Creek Drilling, Inc. | Major Contract Counterparties or Customers |
| Booher Energy | Major Contract Counterparties or Customers |
| BP America Production Company | Major Contract Counterparties or Customers |
| Brammer Engineering, Inc | Major Contract Counterparties or Customers |
| BTA Oil | Major Contract Counterparties or Customers |
| Buffco Production Company | Major Contract Counterparties or Customers |
| Burlington Resources Oil & Gas Co. LP | Major Contract Counterparties or Customers |
| C & M Exploration | Major Contract Counterparties or Customers |

| | |
|---|---|
| Cabot Oil & Gas | Major Contract Counterparties or Customers |
| Caterpillar | Major Contract Counterparties or Customers |
| Chaparral Energy TIC | Major Contract Counterparties or Customers |
| Chesapeake Operating Exco Resources | Major Contract Counterparties or Customers |
| Chesapeake Operating, Inc. | Major Contract Counterparties or Customers |
| Chris McElrath | Major Contract Counterparties or Customers |
| Cimarex Energy Company | Major Contract Counterparties or Customers |
| Clayton Williams Energy, Inc. | Major Contract Counterparties or Customers |
| Clovelly Oil Co, LLC | Major Contract Counterparties or Customers |
| Conoco Phillips | Major Contract Counterparties or Customers |
| Corrosion Management International | Major Contract Counterparties or Customers |
| Corrosion Management International, Inc. | Major Contract Counterparties or Customers |
| CQT | Major Contract Counterparties or Customers |
| Crown Drilling Inc. | Major Contract Counterparties or Customers |
| CrownQuest Operating, LLC | Major Contract Counterparties or Customers |
| Cypress Production, Inc. | Major Contract Counterparties or Customers |
| Denbury Onshore, LLC | Major Contract Counterparties or Customers |
| Denbury Resources Inc. | Major Contract Counterparties or Customers |
| Devon Energy Production Company | Major Contract Counterparties or Customers |
| Dune Operating Company | Major Contract Counterparties or Customers |
| Dunn Exploration Company | Major Contract Counterparties or Customers |

| | |
|---|---|
| El Paso Energy | Major Contract Counterparties or Customers |
| Energy Drilling Company | Major Contract Counterparties or Customers |
| Energy Quest II LLC | Major Contract Counterparties or Customers |
| Enervest Operating LLC | Major Contract Counterparties or Customers |
| EQT Production Company | Major Contract Counterparties or Customers |
| EXCO Resources | Major Contract Counterparties or Customers |
| Extex Operating Company | Major Contract Counterparties or Customers |
| Finley Resources Inc. | Major Contract Counterparties or Customers |
| Francis Drilling Fluids Ltd | Major Contract Counterparties or Customers |
| Gambit Resources, Inc. | Major Contract Counterparties or Customers |
| General Electric | Major Contract Counterparties or Customers |
| Goldking Onshore Operating, LLC | Major Contract Counterparties or Customers |
| Goodrich Drillers LLC | Major Contract Counterparties or Customers |
| Greystone Production Company | Major Contract Counterparties or Customers |
| Gulfport Energy | Major Contract Counterparties or Customers |
| Halcon Resources Operating Inc. | Major Contract Counterparties or Customers |
| Heckmann Water Resources (CVR), Inc. | Major Contract Counterparties or Customers |
| Helis Oil & Gas Company LLC | Major Contract Counterparties or Customers |
| Hilcorp Energy | Major Contract Counterparties or Customers |
| Hilcorp Energy Company | Major Contract Counterparties or Customers |
| Honeywell | Major Contract Counterparties or Customers |

| | |
|---|---|
| Hunt Oil Company | Major Contract Counterparties or Customers |
| Integrated Exploration & Product on LLC | Major Contract Counterparties or Customers |
| J.P. Oil Company | Major Contract Counterparties or Customers |
| James A Whitson | Major Contract Counterparties or Customers |
| James A. Childers | Major Contract Counterparties or Customers |
| Jerry Crump | Major Contract Counterparties or Customers |
| Jordan Oil | Major Contract Counterparties or Customers |
| JP Oil Holdings, I IC | Major Contract Counterparties or Customers |
| JW Operating | Major Contract Counterparties or Customers |
| Kaiser Francis Oil Company | Major Contract Counterparties or Customers |
| Key Operating | Major Contract Counterparties or Customers |
| Laredo Petroleum | Major Contract Counterparties or Customers |
| Lewis Operating Company | Major Contract Counterparties or Customers |
| Liberty Resources | Major Contract Counterparties or Customers |
| Linc Energy | Major Contract Counterparties or Customers |
| Linder Oil Co., A Partnership | Major Contract Counterparties or Customers |
| Louisiana Tank | Major Contract Counterparties or Customers |
| Mack Energy Company | Major Contract Counterparties or Customers |
| Manti Exploration Operating | Major Contract Counterparties or Customers |
| Marine Turbine Technologies, LLC | Major Contract Counterparties or Customers |
| Meridian Resource Corporation | Major Contract Counterparties or Customers |

| | |
|---|---|
| Mesa Energy, Inc. | Major Contract Counterparties or Customers |
| Midstates Petroleum Corporation | Major Contract Counterparties or Customers |
| Milagro Exploration | Major Contract Counterparties or Customers |
| Milestone Operating Inc. | Major Contract Counterparties or Customers |
| Miss Lou Operating LLC | Major Contract Counterparties or Customers |
| Mission Resources | Major Contract Counterparties or Customers |
| Navidad Resources | Major Contract Counterparties or Customers |
| Navidad Resources, L.L.C. | Major Contract Counterparties or Customers |
| Newpark Environmental Services, LLC | Major Contract Counterparties or Customers |
| Noble Energy, Inc. | Major Contract Counterparties or Customers |
| ORB Exploration, LLC | Major Contract Counterparties or Customers |
| Patriot Power Solutions | Major Contract Counterparties or Customers |
| Pay Oil LLC | Major Contract Counterparties or Customers |
| PB Energy Storage Services | Major Contract Counterparties or Customers |
| Peak Energy LLC | Major Contract Counterparties or Customers |
| Pennington Oil & Gas | Major Contract Counterparties or Customers |
| Petro Harvester Operating Company, LLC | Major Contract Counterparties or Customers |
| Petrodome Operating, LLC | Major Contract Counterparties or Customers |
| PetroQuest | Major Contract Counterparties or Customers |
| Pine Prairie Energy Center, LLC PPC00 | Major Contract Counterparties or Customers |
| Primera Energy LLC | Major Contract Counterparties or Customers |

| | |
|---|---|
| Proton Energy LLC | Major Contract Counterparties or Customers |
| Questar Exploration and Production | Major Contract Counterparties or Customers |
| Range Resource Corporation | Major Contract Counterparties or Customers |
| Reef Explorations, Inc. | Major Contract Counterparties or Customers |
| Renaissance Petroleum | Major Contract Counterparties or Customers |
| Republic Resources | Major Contract Counterparties or Customers |
| Rocky Mountain Corporation Vintage Petroleum | Major Contract Counterparties or Customers |
| Rodessa Operating Co, Inc | Major Contract Counterparties or Customers |
| Roywell Services Inc. | Major Contract Counterparties or Customers |
| Roywell Services, Inc. | Major Contract Counterparties or Customers |
| Ryan Hess | Major Contract Counterparties or Customers |
| Samson Resources | Major Contract Counterparties or Customers |
| Sandalwood Exploration | Major Contract Counterparties or Customers |
| Sandia Technologies, LLC | Major Contract Counterparties or Customers |
| Sandridge Energy | Major Contract Counterparties or Customers |
| SandRidge Exploration and Production, LLC | Major Contract Counterparties or Customers |
| Shell Oil Company | Major Contract Counterparties or Customers |
| Shoreline Energy LLC | Major Contract Counterparties or Customers |
| Smith Production | Major Contract Counterparties or Customers |
| Square Mile Energy, LLC | Major Contract Counterparties or Customers |
| Stone Energy | Major Contract Counterparties or Customers |

| | |
|---|---|
| Subsurface Construction, Inc. | Major Contract Counterparties or Customers |
| Sunland Production Company | Major Contract Counterparties or Customers |
| SWD, Inc. | Major Contract Counterparties or Customers |
| Swift Energy Company | Major Contract Counterparties or Customers |
| Tammany Oil & Gas LLC | Major Contract Counterparties or Customers |
| Texas Petroleum Investments | Major Contract Counterparties or Customers |
| Texas World Operations, Inc. | Major Contract Counterparties or Customers |
| TMR Exploration | Major Contract Counterparties or Customers |
| Trinidad Drilling Ltd. | Major Contract Counterparties or Customers |
| Turbine Powered Technology, LLC | Major Contract Counterparties or Customers |
| Union Gas Inc. | Major Contract Counterparties or Customers |
| Vitol Resources Inc. | Major Contract Counterparties or Customers |
| Wagner Oil Company | Major Contract Counterparties or Customers |
| Walter Oil & Gas | Major Contract Counterparties or Customers |
| Westward Environmental, Inc. | Major Contract Counterparties or Customers |
| Wichita River Oil Corporation | Major Contract Counterparties or Customers |
| Williams Gas Pipeline | Major Contract Counterparties or Customers |
| Winn Exploration | Major Contract Counterparties or Customers |
| Wynn Crosby Operating Ltd | Major Contract Counterparties or Customers |
| XTO Energy | Major Contract Counterparties or Customers |
| Zachry Exploration, LLC | Major Contract Counterparties or Customers |

| Zinke & Trumbo | Major Contract Counterparties or Customers |
|---|---|
| U.S. Department of the Interior | Major State and Other Relevant Governmental Authorities |
| United States Department of Transportation | Major State and Other Relevant Governmental Authorities |
| Environmental Protection Agency | Major State and Other Relevant Governmental Authorities |
| Advanced Turbine Services, LLC | Major Suppliers/Vendors |
| ChemRock Technologies, L.L.C. | Major Suppliers/Vendors |
| EBR Services, LLC | Major Suppliers/Vendors |
| FMC Technologies - Fluid Control Division | Major Suppliers/Vendors |
| Great Northern Sand LLC | Major Suppliers/Vendors |
| Keystone Oilfield Fabrication, L.L.C. | Major Suppliers/Vendors |
| National Oilwell Varco, L.P. | Major Suppliers/Vendors |
| Rush Truck Center of Texas, L.P. | Major Suppliers/Vendors |
| Turbine Powered Technologies, L.L.C. | Major Suppliers/Vendors |
| Yantai Jereh Petroleum Equipment & Technologies Co., Ltd. | Major Suppliers/Vendors |
| Accurate Lien | Other |
| Aerodynamic, LLC | Other |
| Alliance Consulting Grou , LLC | Other |
| Atkins, Hollmann, Jones, Peacock, Lewis & Lyon | Other |
| Bank of America | Other |
| Bank of New York | Other |
| Bank of New York | Other |
| Bank Direct Capital Finance | Other |
| Barclays | Other |
| Beck Redden, LLP | Other |
| Brown Brothers Harriman | Other |
| Casafin II, LLC | Other |
| Chemrock Technology, L.L.C. | Other |
| Chemrock Technology, LLC | Other |
| Citibank | Other |
| CitiGroup | Other |
| Clayton E. Lovell | Other |
| Credit Suisse Group | Other |
| Daniel B Jones | Other |
| Dawn Goff Shafer | Other |
| Deutsche Bank | Other |
| Dynamic Industries | Other |
| Elle Investments, LLC | Other |

| | |
|---|---|
| Fraser, Wilson & Bryan | Other |
| Goldman Sachs | Other |
| GP Credit Partners, LLC | Other |
| Green Field Power Generation, L.L.C. | Other |
| Harrison Interests, Ltd. | Other |
| ICON Capital, LLC | Other |
| J. Marshall Montgomery | Other |
| Jean Hodges | Other |
| Jefferies | Other |
| Jonathan T. Smies | Other |
| Jones Day | Other |
| Joseph L. McReynolds | Other |
| JP Morgan Chase Bank | Other |
| Kessler Collins | Other |
| Kevin Moody | Other |
| Lynch, Chappell & Alsup | Other |
| Marine Turbine Technologies | Other |
| McKenzie, Becker & Stevens, Inc. | Other |
| ML SFKPG - Merrill Lynch? | Other |
| Moody Moreno & Rucks, LLC | Other |
| Moreno Properties, LLC | Other |
| Morgan Stanley | Other |
| Northern Trust | Other |
| Ottinger Hebert | Other |
| Pajares & Schexnaydre | Other |
| Phillips Murrah | Other |
| PNC Bank | Other |
| Power Funding, Ltd. | Other |
| Randy Deroche, Jr. | Other |
| Realty Stop | Other |
| Rick Browning | Other |
| RMS | Other |
| Ruben Blancas | Other |
| Security State Bank & Trust | Other |
| SettlePou | Other |
| Shale Support Services, LLC | Other |
| Stevens-Lloyd Group, LLC | Other |
| Tate Young Law Firm | Other |
| Ted McIntyre ll | Other |
| Texas Comptroller of Public Accounts | Other |
| TMC Midsouth Bank | Other |

| | |
|---|---|
| TMC/Midsouth Bank,NA. | Other |
| Tudor, Pickering, Holt & Co Advisors, LLC | Other |
| Turbine Generation Services, LLC | Other |
| Turbine Powered Technology | Other |
| Turbine Powered Technology, LLC | Other |
| Wells & Cuellar | Other |
| Wells Bank | Other |
| William Rucks | Other |
| Austral Oil Company | Parties to Major Litigation |
| Christine Talley | Parties to Major Litigation |
| Crawford, Richard S. | Parties to Major Litigation |
| Dailey Oil and Gas, LLC | Parties to Major Litigation |
| EBR Services, LLC | Parties to Major Litigation |
| Great Northern Sand, LLC | Parties to Major Litigation |
| Green Field Energy Services, Inc. | Parties to Major Litigation |
| Greene S. Energy Group, LLC | Parties to Major Litigation |
| Gulf Side Fabricators | Parties to Major Litigation |
| HF Oilfield Supply, Inc. | Parties to Major Litigation |
| Hub City Industries, Inc. | Parties to Major Litigation |
| Independence Oilfield Chemicals, LLC | Parties to Major Litigation |
| Lime Instruments | Parties to Major Litigation |
| Martin Energy Services, LLC | Parties to Major Litigation |
| Michael B. Moreno | Parties to Major Litigation |
| Parker County Appraisal District | Parties to Major Litigation |
| Pel-State Bulk Plant, LLC | Parties to Major Litigation |
| Penn Transport LLC | Parties to Major Litigation |
| Recovered Water Industries, LLC d/b/a RWI | Parties to Major Litigation |
| Schneider Logistics, Inc. | Parties to Major Litigation |
| Sierra Frac Sand, LLC | Parties to Major Litigation |
| Steagall Oil Company of Texas | Parties to Major Litigation |
| Suncoast Resources, Inc. | Parties to Major Litigation |
| Supreme Eletrical Services, Inc. | Parties to Major Litigation |
| Talen's Marine and Fuel, LLC | Parties to Major Litigation |
| Texas Green Field Energy Services, Inc. f/k/a Hub City Industries, LLC (GFES d/b/a) | Parties to Major Litigation |
| Tony Coleman | Parties to Major Litigation |
| Torqued-Up Energy Services | Parties to Major Litigation |
| Unimin Corporation | Parties to Major Litigation |
| Wildcat Minerals, LLC | Parties to Major Litigation |
| Zurich American Insurance Company | Parties to Major Litigation |

| | |
|---|---|
| Alvarez & Marsal | Restructuring Professional of Debtor and Affiliates |
| Carl Marks Advisory Group, Inc. | Restructuring Professional of Debtor and Affiliates |
| Latham & Waktins, LLP | Restructuring Professional of Debtor and Affiliates |
| Young Conaway Stargatt & Taylor | Restructuring Professional of Debtor and Affiliates |
| AWC, Inc. | Secured Creditors and Potentially Secured Creditors |
| Barnes Distribution | Secured Creditors and Potentially Secured Creditors |
| Blackwell Aggregates | Secured Creditors and Potentially Secured Creditors |
| CHD Solutions, LLC d/b/a Treadstone Consulting | Secured Creditors and Potentially Secured Creditors |
| Dailey Oil and Gas, LLC | Secured Creditors and Potentially Secured Creditors |
| EBR Services, LLC | Secured Creditors and Potentially Secured Creditors |
| Electro-Safety Instrumentation, Inc. | Secured Creditors and Potentially Secured Creditors |
| EMS Barcode Solutions, LLC | Secured Creditors and Potentially Secured Creditors |
| Flex Capital Transport, LLC | Secured Creditors and Potentially Secured Creditors |
| FMC Technologies, Inc. | Secured Creditors and Potentially Secured Creditors |
| Ford Motor Credit Company | Secured Creditors and Potentially Secured Creditors |
| Gulf Side Fabricators, LLC | Secured Creditors and Potentially Secured Creditors |
| Gulf-Pro Services, LLC | Secured Creditors and Potentially Secured Creditors |
| HF Oilfield Supply, Inc. | Secured Creditors and Potentially Secured Creditors |
| Kirby-Smith Machinery, Inc. | Secured Creditors and Potentially Secured Creditors |
| Martin Energy Services, LLC | Secured Creditors and Potentially Secured Creditors |
| Maxon Enterprises, LLC | Secured Creditors and Potentially Secured Creditors |

| | |
|---|---|
| Nations Equipment Finance, LLC | Secured Creditors and Potentially Secured Creditors |
| Native Oil Field Services, LLC | Secured Creditors and Potentially Secured Creditors |
| Native Oilfield Supply, Inc. | Secured Creditors and Potentially Secured Creditors |
| NMHG Financial Services, Inc. | Secured Creditors and Potentially Secured Creditors |
| Oil Patch Petroleum, Inc. | Secured Creditors and Potentially Secured Creditors |
| ONG-TSI, Inc. | Secured Creditors and Potentially Secured Creditors |
| Panalpina — North America | Secured Creditors and Potentially Secured Creditors |
| Pel-State Bulk Plant, LLC | Secured Creditors and Potentially Secured Creditors |
| Preferred Quality Chemicals ("PQC") | Secured Creditors and Potentially Secured Creditors |
| Preferred Resin of Genona, LLC | Secured Creditors and Potentially Secured Creditors |
| Preferred Sands of Wisconsin, LLC | Secured Creditors and Potentially Secured Creditors |
| Preferred Sands Sales, LLC | Secured Creditors and Potentially Secured Creditors |
| Rapid Flow Testing | Secured Creditors and Potentially Secured Creditors |
| Recovered Water Industries, LLC d/b/a RWI | Secured Creditors and Potentially Secured Creditors |
| Rope, Soap n' Dope, LLC | Secured Creditors and Potentially Secured Creditors |
| Schneider Logistics, Inc. ("SLI") | Secured Creditors and Potentially Secured Creditors |
| Schneider National Bulk Carrier, Inc. | Secured Creditors and Potentially Secured Creditors |
| Schneider National Bulk Carriers, Inc. ("SNBC") | Secured Creditors and Potentially Secured Creditors |
| Shell Western Exploration and Production, Inc. | Secured Creditors and Potentially Secured Creditors |
| Shell Western Exploration and Production, Inc. | Secured Creditors and Potentially Secured Creditors |
| Sierra Frac Sand, LLC | Secured Creditors and Potentially Secured Creditors |

| | |
|---|---|
| Signor Catering & Logistics-GFCZSP, LLC | Secured Creditors and Potentially Secured Creditors |
| Steagall Oil Company of Texas | Secured Creditors and Potentially Secured Creditors |
| Sun Coast Resources, Inc. | Secured Creditors and Potentially Secured Creditors |
| Superior Onsite Security, Inc. | Secured Creditors and Potentially Secured Creditors |
| Talen's Marine and Fuel, LLC | Secured Creditors and Potentially Secured Creditors |
| Torqued-Up Energy Services, Inc. | Secured Creditors and Potentially Secured Creditors |
| Total Production Supply, LLC | Secured Creditors and Potentially Secured Creditors |
| Turner Transport Specialties | Secured Creditors and Potentially Secured Creditors |
| Unimin CoToration | Secured Creditors and Potentially Secured Creditors |
| United Rentals | Secured Creditors and Potentially Secured Creditors |
| Valtek Industries, Inc. | Secured Creditors and Potentially Secured Creditors |
| Villarreal, Dom Mr. | Secured Creditors and Potentially Secured Creditors |
| W.W. Grainger, Inc. | Secured Creditors and Potentially Secured Creditors |
| Wells Fargo Bank, NA. | Secured Creditors and Potentially Secured Creditors |
| Wildcat Minerals, LLC | Secured Creditors and Potentially Secured Creditors |
| wmd2 | Secured Creditors and Potentially Secured Creditors |
| Laura Haney | Staff for the Honorable Kevin Gross |
| Sherry Scaruzzi | Staff for the Honorable Kevin Gross |
| Judge Brendan L. Shannon | US Bankruptcy Judges in District of Delaware |
| Judge Christopher S. Sontchi | US Bankruptcy Judges in District of Delaware |
| Judge Kevin J. Carey | US Bankruptcy Judges in District of Delaware |
| Judge Kevin Gross | US Bankruptcy Judges in District of Delaware |

| | |
|---|---|
| Judge Mary F. Walrath | US Bankruptcy Judges in District of Delaware |
| Judge Peter J. Walsh | US Bankruptcy Judges in District of Delaware |
| Visiting Judge Judith K. Fitzgerald | US Bankruptcy Judges in District of Delaware |
| Benjamin Hackrnan | US Trustee, District of Delaware and Key Staff Members |
| Christine Green | US Trustee, District of Delaware and Key Staff Members |
| David Buchbinder | US Trustee, District of Delaware and Key Staff Members |
| David Klauder | US Trustee, District of Delaware and Key Staff Members |
| Diane Giordano | US Trustee, District of Delaware and Key Staff Members |
| Dion Wynn | US Trustee, District of Delaware and Key Staff Members |
| James R. O'Malley | US Trustee, District of Delaware and Key Staff Members |
| Jane Leamy | US Trustee, District of Delaware and Key Staff Members |
| Jeffrey Heck | US Trustee, District of Delaware and Key Staff Members |
| Juliet Sarkessian | US Trustee, District of Delaware and Key Staff Members |
| Lauren O'Neal | US Trustee, District of Delaware and Key Staff Members |
| Mark Kenney | US Trustee, District of Delaware and Key Staff Members |
| Michael  Panacio | US Trustee, District of Delaware and Key Staff Members |
| Michael West | US Trustee, District of Delaware and Key Staff Members |
| Ramona Vinson | US Trustee, District of Delaware and Key Staff Members |
| Richard Schepacarter | US Trustee, District of Delaware and Key Staff Members |
| Roberta A. DeAngelis | US Trustee, District of Delaware and Key Staff Members |
| Shakima L. Dortch | US Trustee, District of Delaware and Key Staff Members |

| T. Patrick Tinker | US Trustee, District of Delaware and Key Staff Members |
| Tiara Patton | US Trustee, District of Delaware and Key Staff Members |
| Tony Murray | US Trustee, District of Delaware and Key Staff Members |