## EXHIBIT C

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Green Field Energy Services, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 13-12783 (KG)<br><br>Jointly Administered<br><br>**Docket Ref. No.** \_\_\_\_ |

ORDER GRANTING APPLICATION FOR
EMPLOYMENT OF CONWAY MACKENZIE, INC.
AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS *NUNC PRO TUNC* TO NOVEMBER 11, 2013

Upon the Application for Employment of Conway MacKenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to November 11, 2013 (the "Application"),[2] filed on December 5, 2013 and upon consideration of the affidavit of John T. Young, Jr. filed in support thereof (the "Young Affidavit"); and the Court being satisfied with the representations made in the Application and the Young Affidavit that CM is a disinterested person to the extent required by Bankruptcy Code section 101(14), that CM represents no interest adverse to any of the Debtors' estates and that CM's employment is necessary and in the best interests of the Debtors, their creditors, the Committee, and all parties-in-interest; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing, therefor, it is hereby

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

ORDERED, that the Application is granted as set forth herein; and it is further

ORDERED, that, pursuant to Bankruptcy Code sections 328(a) and 1103, the Committee is authorized to employ and retain CM as financial advisor *nunc pro tunc* to November 11, 2013, pursuant to and on the terms and conditions set forth in the Engagement Letter, which is hereby approved in all respects; and it is further

ORDERED, that, CM shall file applications and be compensated in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED, that all requests by CM for the payment of indemnification as set forth in the Engagement Letter shall be made by means of an application to the Court and shall be subject to review by the Court to ensure that payment of such indemnity conforms to the terms of the Engagement Letter and is reasonable under the circumstances of the litigation or settlement in respect of which indemnity is sought; <u>provided</u>, <u>however</u>, that in no event shall CM be indemnified for any losses, claims, damages, or liabilities that are finally judicially determined by a court of competent jurisdiction to have primarily resulted from CM's own gross negligence or willful misconduct; and it is further

ORDERED, that the Committee is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: December ___, 2013

                                                                                                                                           _____
                                                                                                                                          THE HONORABLE KEVIN GROSS
                                                                                                                                          UNITED STATES BANKRUPTCY JUDGE

61564987