# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Green Field Energy Services, Inc., <u>et al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-12783 (KG)<br><br>(Jointly Administered)<br>**Re:  Docket No. 299** |

*SEALED* **OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM THEIR OBLIGATIONS UNDER A RESTRUCTURING SUPPORT AGREEMENT WITH THE MORENO ENTITIES, TURBINE POWERED TECHNOLOGY, LLC, SWEPI, LP, AND THE CONSENTING NOTEHOLDERS**

This document contains CONFIDENTIAL INFORMATION and shall be kept under seal.

# DOCUMENT TO BE FILED AND
# KEPT UNDER SEAL

Dated: January 24, 2014

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

Steven K. Kortanek (Del. Bar No. 3106)
Kevin Mangan (Del. Bar No. 3810)
Morgan Seward (Del. Bar No.     )
222 Delaware Avenue, Suite 1601
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330

- and -

BROWN RUDNICK LLP
Robert J. Stark (admitted *pro hac vice*)
Andrew Dash (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

-and-

WCSR 31875902v1

          Howard L. Siegel (admitted *pro hac vice*)
          CityPlace I
          Hartford, Connecticut 06103
          Telephone: (860) 509-6500
          Facsimile: (860) 509-6501

*Co-Counsel for the Official Committee of Unsecured Creditors of Green Field Energy Services, Inc.*