IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
GREEN FIELD ENERGY SERVICES, INC., et                        :   Case No. 13-12783 (KG)
al.,                                                         :
                                                             :   Jointly Administered
                    Debtors.[1]                              :
                                                             :   Docket Ref. No. 548
------------------------------------------------------------ x

**ORDER PURSUANT TO FED. R. BANKR. P. 9006(c) AND DEL. L.R. 9006-1(e)
SHORTENING THE TIME FOR NOTICE OF THE HEARING TO
CONSIDER DEBTORS' PROPOSED DISCLOSURE STATEMENT
WITH RESPECT TO THE JOINT PLAN OF LIQUIDATION OF
GREEN FIELD ENERGY SERVICES, INC., ET AL.**

Upon consideration of the motion (the "**Motion to Shorten**")[2] of the Debtors for entry of an order providing that the applicable notice period for the hearing on the Disclosure Statement be shortened pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e), and this Court having determined that granting the relief in the Motion to Shorten is in the best interests of the Debtors and their estates; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion to Shorten is granted as set forth herein.

2. The hearing to consider approval of the Disclosure Statement will be held on March 11, 2014, at 2:00 p.m. (ET).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

3. Any response or objection to the Disclosure Statement must be filed and served upon (i) the Office of the U.S. Trustee for the District of Delaware, attn: Tiiara Patton, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801 (ii) Latham & Watkins LLP, attn: Josef Athanas, Caroline Reckler and Matthew Warren, 233 S. Wacker Drive, Suite 5800, Chicago, IL 60606, (iii) Young Conaway Stargatt & Taylor, LLP, attn: Michael Nestor and Kara Hammond Coyle, 1000 North King Street, Wilmington, DE 19801, (iv) Greenburg Traurig, LLP, attn: David Kurzweil, 3333 Piedmont Road, NE, Suite 2500, Atlanta, GA 30305, (v) Brown Rudnick LLP, attn: Robert Stark, Seven Times Square, New York, New York 10036, (vi) Jones Day, attn: Paul D. Leake, Richard H. Engman and Michael J. Cohen, 222 East 41st Street, New York, NY 10017, (vii) Richards, Layton & Finger, P.A., attn: William A. Romanowicz, One Rodney Square, 920 North King Street, Wilmington, DE 19801, (viii) Liskow & Lewis, attn: Michael D. Rubenstein, First City Tower, 1001 Fannin Street, Suite 1800, Houston, TX 77002, (ix) Potter Anderson & Corroon LLP, attn: Laurie Selber Silverstein, 1313 North Market Street, 6th Floor, Wilmington, DE 19801, (x) Cole, Schotz, Meisel, Forman & Leonard, P.A., attn: Norman L. Pernick, 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, (xi) TPT, attn: Craig Ryan, 298 Louisiana Road, Franklin, LA, 70538, (xii) Katten Muchin Rosenman LLP, attn: Craig A. Barbarosh, 575 Madison Avenue, New York, NY 10022-2585, and (xiii) Cousins Chipman & Brown, LLP, attn: Scott Cousins and Ann Kashishian, 1007 North Orange Street, Suite 1110, Wilmington, DE 19801 no later than 4:00 p.m. (ET) on March 6, 2014.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: Wilmington, Delaware
       February 19, 2014

_____
Kevin Gross
Chief United States Bankruptcy Judge