UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
GREEN FIELD ENERGY SERVICES, INC., et    : Case No. 13-12783 (KG)
al.,                                                :
                                                    : Jointly Administered
         Debtors.[1]                                :
------------------------------------------------------------ x

### NOTICE OF NO QUALIFIED BIDDERS, CANCELLATION OF AUCTION AND INTENT TO PRESENT SUCCESSFUL BIDDER AT THE SALE HEARING

**PLEASE TAKE NOTICE THAT**, pursuant to the *Order (I) Approving Bid Procedures in Connection with Sale of Certain Assets of the Debtors; (II) Scheduling Hearing to Consider Sale of Assets; (III) Approving Form and Manner of Notice thereof; (IV) Approving Agent Bid Protections and (V) Granting Related Relief* [Docket No. 561] (the "Bid Procedures Order"), entered on February 19, 2014, (a) the deadline for submitting bids by a Potential Bidder[2] was March 5, 2014 at 5:00 p.m. (prevailing Eastern Time) (the "Bid Deadline") and (b) in the event a Qualified Bid was received, an auction would be held on March 7, 2014 at 10:00 a.m. (prevailing Central Time) (the "Auction").

**PLEASE TAKE FURTHER NOTICE THAT** no Qualified Bids for the Assets on which GBCI bid other than that received from GBCI were received prior to the Bid Deadline. **As such, the Auction will not be held and is hereby cancelled.**

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Bid Procedures Order, the Debtors intend to present GBCI's Agency Agreement as the successful bid at the Sale Hearing scheduled for March 11, 2014 at 11:00 a.m. (prevailing Eastern Time). The Debtors may submit an additional Successful Bid for Assets on which GBCI did not bid at the Sale Hearing.

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 70503.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

Dated: Wilmington, Delaware
March 6, 2014

Respectfully Submitted,

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Justin H. Rucki (No. 5304)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Josef S. Athanas
Caroline A. Reckler
Sarah E. Barr
Matthew L. Warren
LATHAM & WATKINS LLP
Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Counsel for the Debtors and Debtors in Possession*