IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
GREEN FIELD ENERGY SERVICES, INC.,                            :    Case No. 13-12783 (KG)
et al.,                                                       :
                                                              :    Jointly Administered
            Debtors.[1]                                       :
                                                              :
                                                              :    Objection Deadline: April 10, 2014 at 4:00 p.m. (ET)
------------------------------------------------------------- x    Hearing Date: Only if Objection(s) are filed

**FOURTH MONTHLY FEE APPLICATION OF YOUNG CONAWAY
STARGATT & TAYLOR, LLP, ATTORNEYS FOR THE DEBTORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | The Debtors and Debtors in Possession |
| Date of Retention: | November 26, 2013 (*nunc pro tunc* to October 27, 2013) |
| Period for which compensation and reimbursement is sought: | February 1, 2014 through February 28, 2014 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $121,927.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $4,641.40 |

This is a: _X_ monthly _____ final application

This application includes 3.80 hours with a value of $1,867.50 incurred in connection with the preparation of monthly fee applications

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 40503.

01:15171387.1

## PREVIOUS APPLICATIONS FILED

| Fee Application Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 10/27/13 – 11/30/13<br>12/30/13<br>Docket No. 295 | $103,779.75 | $8,681.69 | 1/23/14<br>Docket No. 429 | Pending | Pending |
| 12/1/13 – 12/31/13<br>1/23/14<br>Docket No. 430 | $81,362.00 | $4,048.06 | 2/18/14<br>Docket No. 551 | Pending | Pending |
| 1/1/14 – 1/31/14<br>2/18/14<br>Docket No. 541 | $121,501.00 | $5,689.27 | TBD | Pending | Pending |

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014

| Name of Professional | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael R. Nestor | Partner since 2003. Joined firm as an associate in 1998. Member of PA and NJ Bars since 1995. Member of DE Bar since 1996. | $695.00 | 36.10 | $25,089.50 |
| Kara Hammond Coyle | Partner since 2014. Joined firm as an associate in 2003. Member of DE since 2003. | $460.00 | 87.00 | $40,020.00 |
| Justin H. Rucki | Joined firm as an associate in 2009. Member of DE Bar since 2008. | $350.00 | 115.40 | $40,390.00 |
| Elizabeth S. Jutison | Joined firm as an associate in 2013. Member of DE Bar since 2013. | $280.00 | 25.30 | $7,084.00 |
| Dennis Mason | Paralegal | $240.00 | 2.10 | $504.00 |
| Melissa Romano | Paralegal | $200.00 | 44.20 | $8,840.00 |
| | | | | |
| TOTALS | | | 310.10 | $121,927.50 |
| | Blended Rate: | $393.19 | | |

3

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY
FOR THE PERIOD FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014**

| Category | Hours | Fees |
|---|---|---|
| Case Administration (B001) | 10.90 | $3,607.50 |
| Court Hearings (B002) | 41.70 | $16,915.00 |
| Cash Collateral/DIP Financing (B003) | 6.80 | $2,094.00 |
| Schedules & Statements, U.S. Trustee Reports | 1.90 | $596.00 |
| Lease/Executory Contract Issues (B005) | 5.90 | $2,417.00 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 74.00 | $31,178.50 |
| Claims Analysis, Objections and Resolutions | 18.10 | $5,854.00 |
| Meetings (B008) | 9.90 | $3,849.00 |
| Stay Relief Matters (B009) | 10.30 | $3,806.00 |
| Other Adversary Proceedings (B011) | 13.80 | $8,128.00 |
| Plan and Disclosure Statement (B012) | 92.00 | $34,861.00 |
| Creditor Inquiries (B013) | 0.40 | $106.00 |
| Employee Matters (B015) | 0.60 | $120.00 |
| Retention of Professionals and Fee Issues (B017) | 20.00 | $6,528.00 |
| Fee Application Preparation (B018) | 3.80 | $1,867.50 |
| | | |
| **TOTALS** | **310.10** | **$121,927.50** |

## SUMMARY OF EXPENSES FOR THE PERIOD
## FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014

| Expense Category | Total Expenses |
| --- | --- |
| Reproduction Charges | $2,578.70 |
| Federal Express | $132.71 |
| Deposition/Transcript | $165.60 |
| Delivery / Courier | $167.50 |
| Car/Bus/Subway Travel | $91.00 |
| Working Meals | $100.00 |
| Client Requested Food & Support | $970.80 |
| Litigation Support / Scan | $10.00 |
| Teleconference / Video Conference | $32.14 |
| Postage | $45.71 |
| Staff Overtime | $119.78 |
| Computerized Legal Research | $33.16 |
| Docket Retrieval / Search | $194.30 |
| | |
| **TOTAL** | **$4,641.40** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
GREEN FIELD ENERGY SERVICES, INC., et                        : Case No. 13-12783 (KG)
al.,                                                         :
                                                             : Jointly Administered
            Debtors.[1]                                      :
                                                             :
                                                             : Objection Deadline: April 10, 2014 at 4:00 p.m. (ET)
------------------------------------------------------------ x Hearing Date: Only if Objection(s) are filed

### FOURTH MONTHLY FEE APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP, ATTORNEYS FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter "YCS&T") hereby moves this Court for reasonable compensation for professional legal services rendered as counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the amount of $121,927.50 together with reimbursement for actual and necessary expenses incurred in the amount of $4,641.40 for the period commencing February 1, 2014 through and including February 28, 2014 (the "Fee Period"). In support of its Application, YCS&T respectfully represents as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035). The above-captioned Debtors' mailing address is 4023 Ambassador Caffery Parkway, Suite #200, Lafayette, LA 40503.

## BACKGROUND

1. On October 27, 2013 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases"). During these chapter 11 cases, the Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the chapter 11 cases. An Official Committee of Unsecured Creditors was appointed on November 7, 2013.

## RETENTION OF YCS&T BY DEBTORS

2. YCS&T was employed to represent the Debtors as bankruptcy counsel in connection with this chapter 11 case, pursuant to an order entered by this Court on November 26, 2013 (the "Retention Order") [Docket No. 197], effective as of October 27, 2013, the Petition Date. The Order authorizes YCS&T to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## SUMMARY OF SERVICES RENDERED

3. This Application covers the period February 1, 2014 through and including February 28, 2014. All services for which compensation is requested by YCS&T were performed for or on behalf of the Debtors.

4. Attached hereto as Exhibit A is a detailed statement of fees incurred during the period February 1, 2014 through February 28, 2014, showing the amount of $121,927.50 due for fees.

5. Attached hereto as Exhibit B is a detailed statement of expenses incurred during the period February 1, 2014 through February 28, 2014, showing the amount of $4,641.40 due for reimbursement of expenses.

## SUMMARY OF SERVICES BY PROJECT

6. The services rendered by YCS&T during the Fee Period are grouped into the categories set forth in <u>Exhibit A</u>. The attorneys and paralegals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are listed in the attachments hereto.

## DISBURSEMENTS

7. YCS&T has incurred out-of-pocket disbursements during the Fee Period in the amount of $4,641.40. This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by YCS&T to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Fee Period may be found in the attachment hereto as <u>Exhibit B</u>. To the extent such itemization is insufficient to satisfy the requirements of Del. Bankr. L.R. 2016-2(e)(ii), YCS&T respectfully requests that the Court waive strict compliance with such rule.

8. Costs incurred for overtime and computer assisted research are not included in YCS&T's normal hourly billing rates and, therefore, are itemized and included in YCS&T's disbursements. Pursuant to Local Rule 2016-2, YCS&T represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES & RELIEF REQUESTED

9. Attorneys and paraprofessionals of YCS&T have expended a total of 310.10 hours in connection with this matter during the Fee Period.

10. The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as <u>Exhibit A</u>. These are YCS&T's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by YCS&T for the Fee Period as counsel for the Debtors in this case under Chapter 11 is $121,927.50.

11. YCS&T believes that the time entries included in <u>Exhibits A</u> attached hereto, and the expense breakdown set forth in <u>Exhibits B</u> hereto, are in compliance with the requirements of Local Rule 2016-2.

12. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

13. This Application covers the period February 1, 2014 through and including February 28, 2014. YCS&T has and will continue to perform additional necessary services subsequent to February 28, 2014, for which YCS&T will file subsequent fee applications.

WHEREFORE, YCS&T requests that allowance be made to it in the sum of $121,927.50 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $4,641.40 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: March 12, 2014  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Michael R. Nestor (No. 3526)  
Matthew B. Lunn (No. 4119)  
Justin H. Rucki (No. 5304)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 576-1253

*Counsel to the Debtors and Debtors in Possession*

## VERIFICATION

STATE OF DELAWARE  )
                                )     SS:
NEW CASTLE COUNTY  )

Michael R. Nestor, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Young Conaway Stargatt & Taylor, LLP and have been admitted to the Bar of the Supreme Court of Delaware since 1996.

2. I am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Michael R. Nestor

SWORN TO AND SUBSCRIBED before me this 21st day of March, 2014.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 25, 2014

01:15171387.1