# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GREEN FIELD ENERGY SERVICES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 13-12783 (KG)<br><br>Jointly Administered<br><br>Re. Docket Nos. 840, 998, 1044, 1049, and 1053 and 1333 |

## ORDER EXPUNGING GREAT NORTHERN SAND LLC'S ADMINISTRATIVE AND GENERAL UNSECURED CLAIMS

This matter coming before the Court on Great Northern Sand, LLC's ("GNS") *Great Northern Sand LLC's Application for Allowance and Payment of a Chapter 11 Administrative Expense* for $1,869,863.01 [D.I. 840], as amended by Claim No. 463 in the amount of $2,133,561.64 (the "Administrative Claim") and the *Objection of Liquidation Trustee to Great Northern Sand LLC's Application for Allowance and Payment of a Chapter 11 Administrative Expense*; [D.I. 998], the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that there is just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1)   GNS's Administrative Claim is expunged in its entirety.

2)   GNS's general unsecured claims filed in these chapter 11 cases, currently located on the official claims register at Claim No. 403 as amended by Claim No. 463, are expunged in

---

[1] The affiliated Debtors in these proceedings and the last four digits of each Debtor's federal tax number are Green Field Energy Services, Inc. (2539), Hub City Tools, Inc. (2827), and Proppant One, Inc. (6035).

87044256. 2

their entirety.

3) Alan D. Halperin, as Liquidation Trustee of the GFES Liquidation Trust (the "Liquidation Trustee") is hereby authorized to immediately release all funds previously reserved in the amount of the Administrative Claim.

4) The Liquidation Trustee, Prime Clerk and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

5) This Court shall retain jurisdiction to hear and determine all matters related to and/or arising from the implementation and/or interpretation of this Order.

6) Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon signature.

Dated: November 28, 2016
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

87044256.2