IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 13-12783 (KG) |
| GREEN FIELD ENERGY SERVICES, INC., *et al.,* | Jointly Administered |
| Debtors.[1] | **Hearing Date: August 29, 2018 at 2:00 p.m. (ET)** **Re: Docket No. 1397** |

### NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING EIGHTH OMNIBUS OBJECTION OF THE LIQUIDATION TRUSTEE TO GENERAL UNSECURED CLAIMS (NON-SUBSTANTIVE)

PLEASE TAKE NOTICE that the Alan D. Halperin, as Liquidation Trustee for the GFES Liquidation Trust (the "Liquidation Trustee") has today delivered to The Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, a copy of the proofs of claim (collectively, the "Claims") for the *Eighth Omnibus Objection of the Liquidation Trustee to General Unsecured Claims (Non-Substantive)* [Docket No. 1397], filed on July 27, 2018.

PLEASE TAKE FURTHER NOTICE that a copy of the Claims may be obtained upon written consent from the Liquidation Trustee's undersigned counsel.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax or organizational identification number, are: Green Field Energy Services, Inc. (2539); Hub City Tools, Inc. (2827); and Proppant One, Inc. (6035).

93757537.1

| | |
|---|---|
| Dated:  August 15, 2018<br>Wilmington, DE | **DRINKER BIDDLE & REATH LLP**<br><br>/s/ *Joseph N. Argentina, Jr.*<br>Steven K. Kortanek, Esquire (Del. Bar No. 3106)<br>Joseph N. Argentina, Esquire (Del. Bar No. 5453)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 467-4226<br>Facsimile: (302) 467-4201<br>Email: steven.kortanek@dbr.com<br>Email: joseph.argentina@dbr.com<br><br>-and-<br><br>Christopher J. Battaglia, Esquire<br>Walter Benzija, Esquire<br>Halperin Battaglia Benzija, LLP<br>40 Wall Street, 37th Floor<br>New York, NY 10005<br>Telephone: (212) 765-9100<br>Facsimile: (212) 765-0964<br>Email: cbattaglia@halperinlaw.net<br>Email: wbenzija@halperinlaw.net<br><br>*Counsel for Liquidation Trustee for the GFES Liquidation Trust* |

93757537.1